Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Mt. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-777-MJP<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff CoinLab, Inc. hereby makes the following disclosures:

CoinLab, Inc. states that it is a privately owned corporation with no parent corporation or publicly held corporation owning 10% or more of its stock.

DATED this 6th day of May, 2013.

BRESKIN JOHNSON & TOWNSEND PLLC

By: /s/ Roger M. Townsend
Roger M. Townsend, WSBA No. 25525
1111 Third Avenue, Suite 2230
Seattle, WA  98101
Phone:  206-652-8660
Facsimile:  206-652-8290
rtownsend@bjtlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2013, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT - 2
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1111 Third Avenue, Suite 2230
Seattle, Washington 98101 Tel: 206-652-8660