Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Mt. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-777-MJP<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff CoinLab, Inc. hereby makes the following disclosures:

CoinLab, Inc. states that it is a privately owned corporation with no parent corporation or publicly held corporation owning 10% or more of its stock.

DATED this 6th day of May, 2013.

BRESKIN JOHNSON & TOWNSEND PLLC

By: /s/ Roger M. Townsend
    Roger M. Townsend, WSBA No. 25525
    1111 Third Avenue, Suite 2230
    Seattle, WA  98101
    Phone:  206-652-8660
    Facsimile:  206-652-8290
    rtownsend@bjtlegal.com

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on May 6, 2013, I electronically filed the foregoing to the
3 Clerk of the Court using the CM/ECF system which will send notification of such filing
4 to all counsel of record.

5

6                                  */s/ Jamie Telegin*
                                 Jamie Telegin, Legal Assistant

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT - 2
(NO. 2:13-CV-777-MJP)

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1111 Third Avenue, Suite 2230
Seattle, Washington 98101 Tel: 206-652-8660