The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>MT. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation,<br><br>                    Defendants. | No. 2:13-cv-00777-MJP<br><br>**DISCLOSURE STATEMENT OF DEFENDANT TIBANNE CO., LTD., (NAMED AS TIBANNE KK) PURSUANT TO FED. R. CIV. PROC. 7.1** |

*Disclosure Statement of Defendant Tibanne Co., Ltd., (Named as Tibanne KK) Pursuant to Fed. R. Civ. P. 7.1:- (2:13-cv-00777-MJP) - 1*

**Hillis Clark Martin & Peterson P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Pursuant to FRCP 7.1, Defendant Tibanne Co., Ltd (named as Tibanne KK) discloses the following:

Tibanne Co., Ltd. is a corporation organized under the laws of Japan. Said corporation has no parent corporation and no publicly held corporation owns any of its stock.

DATED this 26th day of August, 2013.

HILLIS CLARK MARTIN & PETERSON P.S.

By    s/ Louis D. Peterson
     Louis D. Peterson, WSBA #5776
     Joseph B. Genster, WSBA #14968
     Hillis Clark Martin & Peterson P.S.
     1221 Second Avenue, Suite 500
     Seattle WA 98101-2925
     Telephone:  (206) 623-1745
     Facsimile:  (206) 623-7789
     Email:  ldp@hcmp.com; jbg@hcmp.com

BAKER & MCKENZIE LLP
(Application to Appear *pro hac vice* Pending)
     Tod L. Gamlen
     Daniel G. Valles
     Baker & McKenzie LLP
     660 Hansen Way
     Palo Alto, CA 94304
     Telephone:  (650) 856-2400
     Facsimile:  (650) 856-9299
     Email:  Tod.Gamlen@bakermckenzie.com;
          daniel.valles@bakermckenzie.com
Attorneys for Defendants

*Disclosure Statement of Defendant Tibanne Co., Ltd., (Named as Tibanne KK) Pursuant to Fed. R. Civ. P. 7.1:- (2:13-cv-00777-MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsey N Godfrey - lngodfrey@susmangodfrey.com,ahightower@susmangodfrey.com

Edgar Guy Sargent - esargent@susmangodfrey.com,ahightower@susmangodfrey.com

Floyd G Short - fshort@susmangodfrey.com,ahightower@susmangodfrey.com

Roger M Townsend -rtownsend@bjtlegal.com,mvizzare@bjtlegal.com,admin@bjtlegal.com

DATED this 26th day of August, 2013 at Seattle, Washington.

By___s/ Louis D. Peterson_____
    Louis D. Peterson, WSBA #5776
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone: (206) 623-1745
    Facsimile: (206) 623-7789
    Email: ldp@hcmp.com

ND: 20952.002  4816-2095-6693v1

*Certificate of Service - (2:13-cv-00777-MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789