UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>MT. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation,<br><br>              Defendants. | No. 2:13-cv-00777-MJP<br><br>**DISCLOSURE STATEMENT OF OF DEFENDANT MT. GOX CO., LTD. (NAMED AS MT. GOX KK) PURSUANT TO FED. R. CIV. PROC. 7.1** |

*Disclosure Statement of Defendant Mt. Gox Co., Ltd. (Named as Mt. Gox KK) Pursuant to Fed. R. Civ. P. 7.1:- (2:13-cv-00777-MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

Pursuant to FRCP 7.1, Defendant Mt. Gox Co., Ltd. (named herein as Mt. Gox KK)

2

discloses the following:

3

4

Mt. Gox Co., Ltd. ("Mt. Gox"), is a corporation organized under the laws of Japan.

5

Tibanne Co., Ltd., is the parent corporation of Mt. Gox. No publically traded company owns

6

any of its stock.

7

DATED this 26th day of August, 2013.

8

9

HILLIS CLARK MARTIN & PETERSON P.S.

10

By    s/ Louis D. Peterson

11

Louis D. Peterson, WSBA #5776
Joseph B. Genster, WSBA #14968

12

Hillis Clark Martin & Peterson P.S.

13

1221 Second Avenue, Suite 500
Seattle WA 98101-2925

14

Telephone: (206) 623-1745
Facsimile: (206) 623-7789

15

Email: ldp@hcmp.com; jbg@hcmp.com

16

BAKER & MCKENZIE LLP

17

(Application to Appear *pro hac vice* Pending)
Tod L. Gamlen

18

Daniel G. Valles

19

Baker & McKenzie LLP
660 Hansen Way

20

Palo Alto, CA 94304

21

Telephone: (650) 856-2400
Facsimile: (650) 856-9299

22

Email: Tod.Gamlen@bakermckenzie.com;
daniel.valles@bakermckenzie.com

23

24

Attorneys for Defendants

25

26

27

28

*Disclosure Statement of Defendant Mt. Gox Co., Ltd.*
*(Named as Mt. Gox KK) Pursuant to*
*Fed. R. Civ. P. 7.1:- (2:13-cv-00777-MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsey N Godfrey - lngodfrey@susmangodfrey.com,ahightower@susmangodfrey.com

Edgar Guy Sargent - esargent@susmangodfrey.com,ahightower@susmangodfrey.com

Floyd G Short - fshort@susmangodfrey.com,ahightower@susmangodfrey.com

Roger M Townsend -rtownsend@bjtlegal.com,mvizzare@bjtlegal.com,admin@bjtlegal.com

DATED this 26th day of August, 2013 at Seattle, Washington.

By___s/ Louis D. Peterson_____
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

ND: 20952.002 4829-6267-5221v1

*Certificate of Service - (2:13-cv-00777-MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789