The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MT. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation,<br><br>　　　　　Defendants. | No. 2:13-cv-00777-MJP<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Monday, August 26, 2013** |

### I.　　STIPULATION

Defendants have recently been served in Japan.  The response of Defendant Tibanne Co., Ltd.  ("Tibanne") (named as Tibanne KK) to the complaint is due August 26, 2013.  The response of Defendant Mt. Gox Co., Ltd. (named as Mt. Gox KK) to the complaint is due September 10, 2013.  Both Defendants are represented by the same counsel, and the filing of one response to the complaint on behalf of both will be more efficient.

The parties, by and through their undersigned counsel, stipulate to extend the time for Defendant Tibanne to respond to the complaint, by answer, motion or otherwise,  from August 26, 2013 to September 10, 2013.

RESPECTFULLY SUBMITTED this 26th day of September, 2013.

    BRESKIN JOHNSON & TOWNSEND PLLC

    By    s/ Roger M. Townsend
           Roger M. Townsend, WSBA No. 25525
           Breskin Johnson & Townsend PLLC
           1111 Third Avenue, Suite 2230
           Seattle, WA 98101
           Phone: (206) 652-8660
           Fax: (206) 652-8290
           Email: rtownsend@bjtlegal.com

    SUSMAN GODFREY LLP
        Edgar Sargent, WSBA No. 28283
        Floyd Short, WSBA No. 21632
        Lindsey Godfrey Eccles, WSBA No. 33566
        Susman Godfrey LLP
        1201 3rd Ave Ste 3800
        Seattle, WA 98101-3087
        esargent@susmangodfrey.com
        fshort@susmangodfrey.com
        leccles@susmangodfrey.com
        Phone: (206) 516-3895
        Fax: (206) 516-3883

    Attorneys for Plaintiff

HILLIS CLARK MARTIN & PETERSON P.S.

By   s/ Louis D. Peterson
    Louis D. Peterson, WSBA #5776
    Joseph B. Genster, WSBA #14968
    Hillis Clark Martin & Peterson P.S.
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone: (206) 623-1745
    Facsimile: (206) 623-7789
    Email: ldp@hcmp.com; jbg@hcmp.com

BAKER & MCKENZIE LLP
(Admitted *pro hac vice*)
    Tod L. Gamlen
    Daniel G. Valles
    Baker & McKenzie LLP
    660 Hansen Way
    Palo Alto, CA 94304
    Telephone: (650) 856-2400
    Facsimile: (650) 856-9299
    Email: Tod.Gamlen@bakermckenzie.com;
        daniel.valles@bakermckenzie.com

Attorneys for Defendants

## II. ORDER

IT IS SO ORDERED.

DONE THIS 9th day of September, 2013.

Marsha J. Pechman
Chief United States District Judge

*Stipulation and Order Extending Time to Respond to Complaint- (2:13-cv-00777-MJP) - 4*