THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MT. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation,<br><br>　　　　　　　　Defendants. | No. 2:13-cv-00777-MJP<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR SUBMISSION OF JOINT STATUS REPORT AND DISCOVERY PLAN AND RELATED FRCP 26 DATES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, August 30, 2013** |

*Stipulation and Order Extending Date -*
*(2:13-cv-00777-MJP) - 1*

## I.   STIPULATION

The parties, by and through their counsel of record, stipulate to a 20 day extension for their submission of the Joint Status Report and Discovery Plan from September 20, 2013 to October 10, 2013, and a corresponding extension to other FRCP 26 related deadlines as follows:

| Deadline for FRCP 26(f) Conference | September 26, 2013 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | October 3, 2013 |
| Combined Joint Status Report and Discovery Plan | October 10, 2013 |

The parties have stipulated to an extension of these dates for the reasons set forth below.

The complaint in this action was filed on May 2, 2013 (Doc. No. 1). The two named defendants, Mt. Gox Co., Ltd. ("Mt Gox") and Tibanne Co., Ltd. ("Tibanne") are each Japanese corporations and are located in Japan.

On June 3, 2013, this Court issued its initial Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Doc. No. 7), which set July 1, July 8, and  July 15, 2013, as the respective deadlines for the FRCP 26(f) conference, the FRCP 26(a)(1) Initial Disclosures, and the submission date for the Joint Status Report.  On June 5, 2013, the plaintiff requested and the Court granted an extension of time to file the Joint Status Report to September 20, 2013, and adjusted all other FRCP 26 related deadlines accordingly (that is, September 6 and 13 for, respectively, the FRCP 26(f) conference and the FRCP 26(a)(1) Initial Disclosures)(Dkt. No. 8).

Service of the summons and complaint was effected on  defendant Tibanne on or about August 5, 2013 and on defendant Mt. Gox on or about August 16, 2013.  The responses

to the complaint of each of these defendants are to filed and served on or before September 10, 2013.   In light of the facts that  (1) service of process had just been completed, and (2) both defendants are Japanese corporations with their place of business in Japan, defendants requested an extension of the current deadlines for, respectively, the FRCP 26(f) conference, the FRCP 26(a)(1) Initial Disclosures, and the submission of the Joint Status Report.   On August 29, 2013, counsel for the parties agreed to extend each of such dates for 20 days as such would make for a meaningful FRCP 26(f) conference and the preparation of initial disclosures.

RESPECTFULLY SUBMITTED this 30th day of August, 2013.

BRESKIN JOHNSON & TOWNSEND PLLC

By   s/ Roger M. Townsend
Roger M. Townsend, WSBA No. 25525
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101
Phone: (206) 652-8660
Fax: (206) 652-8290
Email: rtownsend@bjtlegal.com

SUSMAN GODFREY LLP
Edgar Sargent, WSBA No. 28283
Floyd Short, WSBA No. 21632
Lindsey Godfrey Eccles, WSBA No. 33566
Susman Godfrey LLP
1201 3rd Ave Ste 3800
Seattle, WA 98101-3087
esargent@susmangodfrey.com
fshort@susmangodfrey.com
leccles@susmangodfrey.com
Phone: (206) 516-3895
Fax: (206) 516-3883

Attorneys for Plaintiff

*Stipulation and Order Extending Date -*
*(2:13-cv-00777-MJP) - 3*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HILLIS CLARK MARTIN & PETERSON P.S.

By   s/ Louis D. Peterson
    Louis D. Peterson, WSBA #5776
    Joseph B. Genster, WSBA #14968
    Hillis Clark Martin & Peterson P.S.
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    Email:  ldp@hcmp.com; jbg@hcmp.com

BAKER & MCKENZIE LLP
(Admitted *pro hac vice*)
    Tod L. Gamlen
    Daniel G. Valles
    Baker & McKenzie LLP
    660 Hansen Way
    Palo Alto, CA 94304
    Telephone:  (650) 856-2400
    Facsimile:  (650) 856-9299
    Email:  Tod.Gamlen@bakermckenzie.com;
        daniel.valles@bakermckenzie.com

Attorneys for Defendants

*Stipulation and Order Extending Date -*
*(2:13-cv-00777-MJP) - 4*

## II. ORDER

Based on the foregoing stipulation of the parties, the dates for initial disclosures and submission of the Joint Status Report and Discovery Plan are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | September 26, 2013 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | October 3, 2013 |
| Combined Joint Status Report and Discovery Plan | October 10, 2013 |

IT IS SO ORDERED.

DONE THIS 9th day of September, 2013.

Marsha J. Pechman
Chief United States District Judge

*Stipulation and Order Extending Date -*
*(2:13-cv-00777-MJP) - 5*