THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation,<br><br>Defendants. | Case No. 2:13-cv-00777-MJP<br><br>**DEFENDANTS' UNOPPOSED MOTION TO AMEND STIPULATED PROTECTIVE ORDER (DKT. NO. 26)**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, January 17, 2014** |

## I.     INTRODUCTION

Defendants Mt. Gox KK ("MtGox"), and Tibanne KK ("Tibanne"), provided Plaintiff with a copy of this motion prior to presenting it to the Court. Plaintiff's counsel told Defendants' counsel that Plaintiff CoinLab, Inc. ("CoinLab") would not oppose the motion.

## II.     RELIEF REQUESTED

In order to address the designation and treatment of deposition testimony that a party claims should be designated as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" Defendants MtGox and Tibanne move for entry of an order amending the Stipulated Protective Order (Dkt. No. 26) entered on November 14, 2013.

*Defendants' Unopposed Motion to Amend Stipulated Protective Order(Dkt. No. 26) (2:13-cv-00777-MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Specifically, the Stipulated Protective Order (Dkt. No. 26) should be amended by adding the following Paragraph 6.2(e) at page 6, line 22:

"(e)   At a deposition a party or its attorney can designate testimony as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY".  If the other party or its attorney disagrees to such designation, the designating party has 14 days to file a motion for protective order to continue such designation and all persons will treat the testimony as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" until the Court rules on such motion, and will continue to so treat it as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" in the event the Court grants the motion.  If the designating party does not file such a motion within said 14 days the designated testimony will be deemed to be designated as "CONFIDENTIAL" as of the end of such 14 day period and will be so treated by the parties.  If a party or its attorney designates testimony as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" all representatives of any adverse or non-related party, or any other person (other than each party's counsel of record, videographer, court reporter and interpreters (if any)) shall be excluded from the deposition room during the giving of the "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" testimony."

The Defendants submit that this is a reasonable and necessary amendment to the Stipulated Protective Order to fulfill its purpose.

*Defendants' Unopposed Motion to Amend Stipulated Protective Order(Dkt. No. 26) (2:13-cv-00777-MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

### III. CONCLUSION

For the foregoing reasons, this Court should grant this unopposed motion to amend the Stipulated Protective Order.

Respectfully submitted this 7th day of January, 2014.

> HILLIS CLARK MARTIN & PETERSON P.S.
>
> By   s/ Louis D. Peterson
> Louis D. Peterson, WSBA #5776
> Joseph B. Genster, WSBA #14968
> Hillis Clark Martin & Peterson P.S.
> 1221 Second Avenue, Suite 500
> Seattle WA 98101-2925
> Telephone:  (206) 623-1745
> Facsimile:  (206) 623-7789
> Email:  ldp@hcmp.com; jbg@hcmp.com
>
> BAKER & MCKENZIE LLP
> (Admitted *pro hac vice*)
> Tod L. Gamlen
> Daniel G. Valles
> Baker & McKenzie LLP
> 660 Hansen Way
> Palo Alto, CA 94304
> Telephone:  (650) 856-2400
> Facsimile:  (650) 856-9299
> Email:  Tod.Gamlen@bakermckenzie.com;
> daniel.valles@bakermckenzie.com
>
> Attorneys for Defendants

*Defendants' Unopposed Motion to Amend Stipulated Protective Order(Dkt. No. 26) (2:13-cv-00777-MJP) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsey N Godfrey - lngodfrey@susmangodfrey.com,ahightower@susmangodfrey.com

Edgar Guy Sargent - esargent@susmangodfrey.com,ahightower@susmangodfrey.com

Floyd G Short - fshort@susmangodfrey.com,ahightower@susmangodfrey.com

Roger M Townsend -rtownsend@bjtlegal.com,mvizzare@bjtlegal.com,admin@bjtlegal.com

DATED this 7th day of December, 2013 at Seattle, Washington.

By   s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  ldp@hcmp.com

*Defendants' Unopposed Motion to Amend Stipulated Protective Order(Dkt. No. 26) (2:13-cv-00777-MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789