THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br>MT. GOX KK, a Japanese corporation, and<br>TIBANNE KK, a Japanese corporation,<br>　　　　　　Defendants. | Case No. 2:13-cv-00777-MJP<br><br>**ORDER GRANTING DEFENDANTS'<br>UNOPPOSED MOTION TO AMEND<br>STIPULATED PROTECTIVE ORDER<br>(DKT. NO. 26)** |

THIS MATTER has come before the Court on Defendants' Unopposed Motion to Amend Stipulated Protective Order (Dkt. No. 26) entered on November 14, 2013.  The Court finds good cause for amending the Stipulated Protective Order and GRANTS the motion.

IT IS HEREBY ORDERED that the Stipulated Protective Order (Dkt. No. 26) is amended by adding the following Paragraph 6.2(e) at page 6, line 22:

　　　　(e)　　At a deposition a party or its attorney can designate testimony as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY".  If the other party or its attorney disagrees to such designation, the designating party has 14 days to file a motion for protective order to continue such designation and all persons will treat the testimony as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" until the Court rules on such motion, and will continue to so treat it as "HIGHLY

CONFIDENTIAL -- ATTORNEYS' EYES ONLY" in the event the Court grants the motion. If the designating party does not file such a motion within said 14 days the designated testimony will be deemed to be designated as "CONFIDENTIAL" as of the end of such 14 day period and will be so treated by the parties. If a party or its attorney designates testimony as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" all representatives of any adverse or non-related party, or any other person (other than each party's counsel of record, videographer, court reporter and interpreters (if any)) shall be excluded from the deposition room during the giving of the "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" testimony. The Clerk is directed to provide a copy of this order to all counsel.

DONE THIS 21st day of January, 2014.

*[signature]*

Marsha J. Pechman
Chief United States District Judge