THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation, and<br>TIBANNE KK, a Japanese corporation,<br><br>Defendants. | No. 2:13-cv-00777-MJP<br><br>**NOTICE OF BANKRUPTCY FILING AND TEMPORARY STAY** |

PLEASE TAKE NOTICE that on about February 28, 2014 defendant Mt. Gox KK, a Japanese corporation located in Japan, filed a proceeding ("the Japanese Proceeding") before the Tokyo District Court under the bankruptcy laws of Japan. On March 9, 2014 Mt. Gox KK filed a Verified Petition for Recognition and Chapter 15 Relief in the United States Bankruptcy Court for the Northern District of Texas, Case No. 14-31229-15 ("Texas Bankruptcy Court") for, among other things, recognition of the Japanese Proceeding.

On March 10, 2014, the Texas Bankruptcy Court entered an Order Granting Application for Provisional Relief, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice ("Order"). A true and correct copy of the Order is attached as

*Notice of Bankruptcy Filing and Temporary Stay - (2:13-cv-00777-MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**EXHIBIT A**. Pursuant to Sec. 1 (page 3) of the Order, the automatic stay provisions of section 362(a) of the Bankruptcy Code, 11 USC sec. 362(a), are applicable to Mt. Gox KK and its assets in this matter.

Pursuant to LCR 89, it is the position of Defendants that while the Order does not currently extend the automatic stay provisions of section 362(a) to defendant Tibanne KK, the remaining defendant in this action, nothing in the Order prevents this Court from staying this matter, either in it entirety or as to the claims asserted against Tibanne KK, under the Court's inherent powers; or, taking any action that is consistent with purposes and intent underlying the bankruptcy laws governing the bankruptcy filings of Mt. Gox KK in the Texas Bankruptcy Court or Japan Proceeding.

DATED this 18th day of March, 2014.

> BAKER & MCKENZIE LLP
> (Admitted *pro hac vice*)
> Tod L. Gamlen
> Daniel G. Valles
> Baker & McKenzie LLP
> 660 Hansen Way
> Palo Alto, CA 94304
> Telephone: (650) 856-2400
> Facsimile: (650) 856-9299
> Email: Tod.Gamlen@bakermckenzie.com;
> daniel.valles@bakermckenzie.com
>
> HILLIS CLARK MARTIN & PETERSON P.S.
>
> By    s/ Louis D. Peterson
> Louis D. Peterson, WSBA #5776
> Joseph B. Genster, WSBA #14968
> Hillis Clark Martin & Peterson P.S.
> 1221 Second Avenue, Suite 500
> Seattle WA 98101-2925
> Telephone: (206) 623-1745
> Facsimile: (206) 623-7789
> Email: ldp@hcmp.com; jbg@hcmp.com
> Attorneys for Defendant Mt. Gox KK

*Notice of Bankruptcy Filing and Temporary Stay - (2:13-cv-00777-MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsey N Godfrey - lngodfrey@susmangodfrey.com,ahightower@susmangodfrey.com

Edgar Guy Sargent - esargent@susmangodfrey.com,ahightower@susmangodfrey.com

Floyd G Short - fshort@susmangodfrey.com,ahightower@susmangodfrey.com

Roger M Townsend - rtownsend@bjtlegal.com,mvizzare@bjtlegal.com,admin@bjtlegal.com

Kristin Malone    kmalone@susmangodfrey.com, ahightower@susmangodfrey.com

DATED this 18th day of March, 2014 at Seattle, Washington.

By___s/ Louis D. Peterson_____
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

Notice of Bankruptcy Filing and Temporary Stay.docx

*Certificate of Service - (2:13-cv-00777-MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789