The Honorable Chief Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | Case No. 2:13-cv-00777-MJP<br><br>**MOTION TO COMPEL**<br><br>**NOTE FOR MOTION:**<br>**April 4, 2014** |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff Coinlab, Inc. ("Coinlab") moves this Court to compel Defendant Tibanne KK ("Tibanne") to produce its CEO and sole owner, Mark Karpeles, for his previously noted deposition and to produce documents received pursuant to subpoenas to certain third parties.

## FACTS

This case is a breach of contract dispute arising out of Defendants' agreement that Plaintiff CoinLab would be the exclusive licensee for Defendants' bitcoin-exchange services in North America.  *See* Exhibit A to First Amended Complaint (Dkt. # 29-01).   On March 10, Defendant Mt. Gox KK ("Mt. Gox") filed for recognition and relief and under Chapter 15 of the United States Bankruptcy Code in the United States Bankruptcy Court for the

*COINLAB'S MOTION TO COMPEL*
*Case No. 2:13-cv-00777-MJP*

3099498v1/013730

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Northern District of Texas. Accordingly, this action is stayed against Mt. Gox. *See* Dkt. No. 35. In the United States Bankruptcy Court for the Northern District of Texas, Mt. Gox requested that the Court stay litigation against Tibanne, which was denied. Declaration of Roger Townsend at ¶ 2. Similarly, in litigation against Mt. Gox and Tibanne in the Northern District of Illinois, Defendants' request for a bankruptcy stay of the litigation against Tibanne (and Mark Karpeles personally) was denied. See Exhibit 1 to Townsend Declaration. Despite consistently losing the argument, counsel for Plaintiffs and Defendants met and conferred regarding the deposition of Mr. Karpeles and outstanding discovery requests on Friday, March 14, and counsel for Defendants again took the position that the litigation against Tibanne in this district should be stayed. Declaration of Roger Townsend at ¶ 3; see also Dkt #37. To the contrary, this Court should follow the precedent of the Northern District of Illinois and the Northern District of Texas and rule that the suit is ongoing with respect to Tibanne, Mt. Gox's parent company, and the deposition of Mr. Karpeles should go forward.

### 1. Tibanne has acknowledged it will not produce Mr. Karpeles at the agreed time and location of his deposition.

On February 28, 2014, Coinlab issued a notice of deposition for Mark Karpeles. *See* Exhibit 2 to Townsend Declaration. Mr. Karpeles is the founder, CEO, and sole owner of Defendant Tibanne. Pursuant to an agreement between the parties, Mr. Karpeles' individual deposition was scheduled for March 25 and 26, 2014 in Taipei, Taiwan at the offices of defense counsel. On February 28, following service of the deposition notice, Plaintiff's counsel contacted counsel for Mt. Gox and Tibanne to confirm the previously-agreed deposition schedule.

Defendants' counsel stated he would respond the following week. On Tuesday, March 4, having received no response, Plaintiff's counsel again sought an update confirming that the deposition would proceed. Defendants' counsel again delayed, attributing the delay to Mt. Gox's Japanese bankruptcy proceedings and stating that counsel would endeavor to respond to this simple inquiry "in the next day or 2." On March 7, following yet another

COINLAB'S MOTION TO COMPEL
Case No. 2:13-cv-00777-MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3099498v1/013730

request for update from Plaintiff's counsel, Defendants' counsel stated, "I think it is highly unlikely that the [sic] Mark's depo will go forward in light of the bankruptcy. I would not make plane reservations. I expect to have more info on Monday [March 10]." Apologizing for the delay, counsel added "as you can hopefully understand, there is now a new layer of complexity in light of the bankruptcy." This email exchange is attached hereto as Exhibit 3 to the Declaration of Roger Townsend.

On March 10, having received no update from Defendants' counsel, Plaintiff's counsel again attempted to get an update on the deposition, this time calling to confirm that discovery is proceeding against Tibanne in light of the rulings which explicitly declined to stay the litigation against either Tibanne or Mr. Karpeles. Defendants' counsel did not return the call nor respond to the voicemail left by Plaintiff's counsel. The following day, Plaintiff's counsel followed up on that voicemail with an email reiterating Plaintiff's desire and need to move forward with discovery and requesting a meet-and-confer pursuant to Rule 37. *See* Exhibit 4 to Townsend Declaration. That message received no response, and the following day, Plaintiff's counsel sent an email confirming the March 25 and 26 deposition dates. *See* Exhibit 5 to Townsend Declaration. Counsel met and conferred on March 14 and were unable to reach an agreement regarding the deposition of Mr. Karpeles.

### 2. Tibanne has failed to produce documents as required by Coinlab's Request for Production No. 2.

Pursuant to Request No. 2 of Coinlab's First Request for Production of Documents, Tibanne is required to forward all documents received in response to any third-party subpoena. On March 6, Defendants' counsel confirmed that it received documents from ProCo Global, Inc. d/b/a Chartwell Compliance and from Meracord LLC. In spite of two pointed requests from Plaintiff's counsel, Tibanne has not produced these documents, nor has it provided any response or update since March 6, 2014. *See* Exhibit 6 to Townsend Declaration.

## CONCLUSION

*COINLAB'S MOTION TO COMPEL*  
*Case No. 2:13-cv-00777-MJP*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

3099498v1/013730

1  Based on the facts set forth above, Coinlab respectfully requests an order compelling
2  Tibanne to:
3  (1) Present Mark Karpeles for his deposition in Taipei, Taiwan within ten (10) business
4  days of the Court's order; and
5  (2) Produce any and all documents received in response to third-party subpoenas,
6  including but not limited to documents received from ProCo Global, Inc. d/b/a
7  Chartwell Compliance and from Meracord LLC.

*COINLAB'S MOTION TO COMPEL*  
*Case No. 2:13-cv-00777-MJP*

S U S M A N  G O D F R E Y  L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

3099498v1/013730

| | | |
|---|---|---|
| 1 | Dated: March 20, 2014 | BRESKIN JOHNSON & TOWNSEND PLLC |
| 2 | | By: */s/ Roger M. Townsend* |
| 3 | | Roger M. Townsend, WSBA No. 25525 |
| | | Breskin Johnson & Townsend PLLC |
| 4 | | 1111 Third Avenue, Suite 2230 |
| 5 | | Seattle, WA 98101 |
| | | rtownsend@bjtlegal.com |
| 6 | | Phone: (206) 652-8660 |
| | | Fax: (206) 652-8290 |
| 7 | | |
| | | SUSMAN GODFREY LLP |
| 8 | | By: */s/ Edgar Sargent* |
| | | Edgar Sargent, WSBA No. 28283 |
| 9 | | By: */s/ Floyd Short* |
| 10 | | Floyd Short, WSBA No. 21632 |
| | | By: */s/ Lindsey Godfrey Eccles* |
| 11 | | Lindsey Godfrey Eccles, WSBA No. 33566 |
| | | By: */s/ Kristin M. Malone* |
| 12 | | Kristin M. Malone, WSBA No. 46251 |
| | | Susman Godfrey LLP |
| 13 | | 1201 3rd Ave Ste 3800 |
| 14 | | Seattle, WA 98101-3087 |
| | | esargent@susmangodfrey.com |
| 15 | | fshort@susmangodfrey.com |
| | | leccles@susmangodfrey.com |
| 16 | | Phone: (206) 516-3895 |
| | | Fax: (206) 516-3883 |
| 17 | | |
| 18 | | Attorneys for Plaintiff CoinLab, Inc. |

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on March 20, 2014, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system which will send notification of such filing to all

4  counsel of record who have registered for electronic notifications, and I caused the foregoing

5  to be served upon the following by email:

6

7

8      Dated: March 20, 2014            By: */s/ Kristin M. Malone*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*CERTIFICATE OF SERVICE*  
*Case No. 2:13-cv-00777*  
*Page 1*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

3099498v1/013730