THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation,<br><br>Defendants. | No. 2:13-cv-00777-MJP<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, April 4, 2014** |

Baker & McKenzie LLP, Tod L. Gamlen, Daniel Valles, Hillis Clark Martin & Peterson, Louis D. Peterson and Joseph B. Genster (all collectively referred to as "Current Tibanne Counsel") hereby move, pursuant to LCR 83.2(b) of the Local Rules of the United States District Court for the Western District of Washington, for leave to withdraw as counsel for Defendant Tibanne KK.

As described in the Declaration of Tod L. Gamlen, Tibanne KK has informed Current Tibanne Counsel that it wants to engage new counsel, and has effectively discharged Current Tibanne Counsel. Further, Tibanne KK has not agreed to pay Current Tibanne Counsel for any further services. It is respectfully submitted that grounds for withdrawal exist under the mandatory withdrawal provisions of Rule 1.16(a) (3), and the permissive withdrawal provisions

*MOTION FOR LEAVE TO WITHDRAW AS COUNSEL -*
*(2:13-cv-00777-MJP) - 1*
514983-v2\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

of Rule 1.16(b)(6) of the Washington State Rules of Professional Conduct.

Current Tibanne Counsel has informed Tibanne KK that as a corporate entity it is required by law to be represented by an attorney admitted to practice before this Court, and that the failure to obtain a replacement attorney could result in the entry of default against it and the dismissal of its counterclaims.

Under LCR 83.2(b), an attorney is ordinarily permitted to withdraw until 60 days before the discovery cutoff date in a civil case. In this case, the discovery cutoff date is June 6, 2014. Current Tibanne Counsel has concluded that they cannot continue to effectively represent Tibanne KK.

For these reasons, we respectfully request that this Court grant the present motion to withdraw.

DATED this 20th day of March, 2014.

HILLIS CLARK MARTIN & PETERSON P.S.

By  s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
Joseph B. Genster, WSBA #14968
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com; jbg@hcmp.com

By  s/ Tod L. Gamlen

BAKER & MCKENZIE LLP
(Admitted *pro hac vice*)
Tod L. Gamlen
Daniel G. Valles
Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 856-2400
Facsimile: (650) 856-9299
Email: Tod.Gamlen@bakermckenzie.com;
daniel.valles@bakermckenzie.com

Attorneys for Defendant Tibanne KK

*MOTION FOR LEAVE TO WITHDRAW AS COUNSEL -*
*(2:13-cv-00777-MJP) - 2*
514983-v2\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Roger M. Townsend<br>BRESKIN JOHNSON & TOWNSEND PLLC<br>1111 Third Avenue, Suite 2230<br>Seattle, WA 98101<br>Phone: 206-652-8660<br>Fax: 206-652-8290<br>Email: rtownsend@bjtlegal.com | *Attorneys for Plaintiff*<br>*CoinLab, Inc., a Delaware Corporation* |
| Edgar Guy Sargent<br>SUSMAN GODFREY (WA)<br>1201 Third Ave, Suite 3800<br>Seattle, WA 98101<br>Phone: 206-516-3880<br>Email: esargent@susmangodfrey.com | *Attorneys for Plaintiff*<br>*CoinLab, Inc., a Delaware Corporation* |

and I hereby certify that I have emailed and I caused each such document to be personally delivered by hand to:

Tibanne KK
Mark Karpeles -- mark@tibanne.com
11-5, Shibuya 2-chome
Shibuya-ku
Tokyo, Japan
+ 81 3 4520 6200

                                                                s/ Tod L. Gamlen
                                                                Tod L. Gamlen
                                                                Baker & McKenzie LLP
                                                                660 Hansen Way
                                                                Palo Alto, CA 94304
                                                                Telephone: (650) 856-2400
                                                                Facsimile: (650) 856-9299
                                                                Email: Tod.Gamlen@bakermckenzie.com

*MOTION FOR LEAVE TO WITHDRAW AS COUNSEL -*
*(2:13-cv-00777-MJP) - 3*
514983-v2\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789