THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation,<br><br>Defendants. | No. 2:13-cv-00777-MJP<br><br>**DECLARATION OF TOD L. GAMLEN IN SUPPORT OF MOTION TO STAY ENTIRE ACTION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, April 4, 2014** |

I, Tod L. Gamlen, hereby declare as follows:

1. I am an attorney with Baker & McKenzie, LLP, and one of the counsel of record herein for the defendant MtGox KK. I am duly admitted to practice before the courts of the State of California and have been admitted *pro hac vice* before this Court to represent defendant MtGox KK and defendant Tibanne KK. I have personal knowledge of the matters set forth in this declaration. If called upon to testify in court, I could competently testify as to the matters declared herein.

2. I have been admitted *pro hac vice* to represent defendant Tibanne KK in this action and have appeared for Tibanne KK in this action. Today a motion to withdraw as counsel for Tibanne KK was filed in this action (Doc. Nos. 39 and 40) in which Baker & McKenzie,

*DECLARATION OF TOD L. GAMLEN IN SUPPORT OF MOTION TO STAY ENTIRE ACTION - (2:13-cv-00777-MJP) - 1*
515004-v6\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

including myself and Daniel Valles, and the firm of Hillis, Clark, Martin & Peterson, and its attorneys Louis D. Peterson and Joseph Genster, are moving to withdraw as counsel for Tibanne KK. .

3. I submit this declaration in support of the present motion of MtGox KK for an order staying this entire action.

4. On May 2, 2013, CoinLab filed its initial complaint in this matter (Doc. No. 1). Subsequently, on November 25, 2013, CoinLab filed its First Amended Complaint ("FAC") in this matter. Doc. No. 29. A true and correct copy is attached hereto as **EXHIBIT 1**. In both its original complaint and FAC CoinLab asserts claims that arise out of an Exclusive License Agreement for the USA & Canada (the "CoinLab Agreement"), dated November 22, 2012, entered into between CoinLab on the one hand, and MtGox KK and Tibanne KK, on the other. A true and correct copy of the Agreement is attached to the FAC and attached hereto as **EXHIBIT 2**.

5. On September 10, 2013, MtGox and Tibanne KK filed their answer to CoinLab's initial complaint and filed a counterclaim against CoinLab. Doc. No. 18. A true and correct copy of this Answer and Counterclaim is attached hereto as **EXHIBIT 3**.

6. On December 9, 2013 MtGox KK and Tibanne KK filed their answer to the First Amended Complaint. Doc. No. 31. A true and correct copy of that answer is attached hereto as **EXHIBIT 4**. The parties stipulated that the Counterclaim filed on September 10, 2013 (Doc. No. 18) would remain operative and no further answer or reply to the Counterclaim was required. Doc. No. 28.

7. On October 17, 2013, MtGox served on CoinLab its First Set of Interrogatories, consisting of Interrogatory Nos. 1-21. Interrogatory Nos. 22 requested CoinLab to "…[D]escribe in detail all facts and legal bases relating to each element or category of damages, remedy or other recovery you are seeking to recover in this action, …" CoinLab served initial responses to this First Set of Interrogatories on November 18, 2013. After meet and confer communications and

*DECLARATION OF TOD L. GAMLEN IN SUPPORT OF MOTION TO STAY ENTIRE ACTION - (2:13-cv-00777-MJP) - 2*

515004-v6\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

conference calls, CoinLab served Supplemental Responses on December 5, 2013; and, after several more meet and confer communications, CoinLab served Second Supplemental Responses on January 13, 2014.  A true and correct copy of the above referenced responses to Interrogatory No. 22 are attached hereto as follows:

- CoinLab's initial responses – **EXHIBIT 5A**;
- CoinLab's Supplemental Responses – **EXHIBIT 5B**; and,
- CoinLab's Second Supplemental Responses – **EXHIBIT 5C**.

8. On February 28, 2014 MtGox KK filed a petition in the Tokyo District Court under the bankruptcy laws of Japan, that is, Article 17(1) of the Japanese Corporate Reorganization Act (Kaisha Kosei Ho) (the "JCRA") ("the Japan Proceeding").

9. On March 9, 2014 MtGox filed a petition under Chapter 15 ("the Chapter 15 Proceeding") of the US Bankruptcy Act in the United States Bankruptcy Court for the Northern District of Texas, Dallas division ("Texas Bankruptcy Court"), requesting recognition of the Japan Proceeding.  A true and correct copy of MtGox KK's March 9 Chapter 15 petition in the Texas Bankruptcy Court is attached hereto as **EXHIBIT 6**.

10. On March 9, 2014, MtGox KK also filed in the Chapter 15 proceeding an Emergency Application for an Order granting Provisional Relief pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, scheduling Recognition Hearing, and Specifying Form and Manner of Notice ("Emergency Application") as well as requesting an emergency hearing date for March 10, 2014.  A true and correct copy of the Emergency Application is attached hereto as **EXHIBIT 7**.

11. On March 10, 2014, the Texas Bankruptcy Court heard MtGox KK's Emergency Application and entered an Order Granting Application for Provisional Relief, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice ("Match 10 Order").  A true and correct copy of the March 10 Order is attached hereto as **EXHIBIT 8**.  In the March 10 Order at page 3, para. 2, the Texas Bankruptcy Court sets a date for the Recognition Hearing for April 1

*DECLARATION OF TOD L. GAMLEN IN SUPPORT OF MOTION TO STAY ENTIRE ACTION - (2:13-cv-00777-MJP) - 3*
515004-v6\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

and 2, 2014 at 9:30 AM. I have been advised, and am informed and believe, that all counsel in the Chapter 15 Proceeding have agreed to continue the Recognition Hearing until the week of May 5, 2014 and that counsel are in the process of contacting the Texas Bankruptcy Court regarding such continuance.

12. On February 13, 2014, CoinLab served upon MtGox KK and Tibanne KK jointly CoinLab's Second Set of Interrogatories and Requests for Document Production. A true and correct copy of CoinLab's Second Set of Interrogatories and Requests for Document Production are attached hereto as **EXHIBIT 9**.

13. On March 13, 2014, I sent an email to CoinLab's counsel requesting CoinLab to (1) withdraw the Second Set of Interrogatories and Requests for Document production as to MtGox and (2) also withdraw them as to Tibanne since they are overbroad and impinge upon the Texas Bankruptcy Court's stay order. On March 13, 2014 CoinLab's counsel sent me an email in response. A true and correct copy of my March 13, 2014 e-mail and the March 13, 2014 response of CoinLab's counsel are attached hereto as **EXHIBIT 10**.

14. On March 14, 2014, CoinLab's counsel emailed a subpoena to me directed to Baker & McKenzie A true and correct copy of counsel's email and the Subpoena issued to Baker & McKenzie and CoinLab's correspondence to Baker & McKenzie are attached here to as **EXHIBIT 11**.

15. On Friday March 14, 2014, I and Daniel Valles of our office had a conference call with Edgar Sargent and Roger Townsend, Counsel for CoinLab, to discuss issues relating to discovery and the handling of this case in light of the bankruptcy proceedings of MtGox KK. During that time, I asked if CoinLab would be willing to stipulate to a stay of the entire action. Counsel would not agree to so stipulate.

16. On Wednesday, March 19, 2014, Mr. Valles sent CoinLab's counsel an email, a true and correct copy of which is attached hereto has **EXHIBIT 12**, directing counsel to this Court's decision in *Beardsley v. All American Heating*, 2007 US Dist. LEXIS 37210 (W.D. Wash.

*DECLARATION OF TOD L. GAMLEN IN SUPPORT OF MOTION TO STAY ENTIRE ACTION - (2:13-cv-00777-MJP) - 4*
515004-v6\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  May 22, 2007), as well as three cases that had followed that decision and again inquired as to
2  whether CoinLab would stipulate to staying this entire action.  On March 19, 2014, counsel did
3  send emails in response, but, in those emails, counsel did not state that CoinLab would stipulate
4  to such a stay.

5     17. Under the Scheduling Order entered by this Court on October 17, 2014 (Doc. No.
6  23) the following scheduling dates currently remain in this action:

    a. April 7, 2014 -- Expert witness disclosure and reports
    b. May 7, 2014 -- Last day to file discovery motions
    c. July 7, 2014 -- Last day to file dispositive motions
    d. October 24, 2014 -- Pretrial conference
    e. November 3, 2014 -- Trial

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 20 day of March, 2014 at Palo Alto, California.

                                      */s/ Tod L. Gamlen*
                                      TOD L. GAMLEN

*DECLARATION OF TOD L. GAMLEN IN SUPPORT OF MOTION TO STAY ENTIRE ACTION - (2:13-cv-00777-MJP) - 5*
515004-v6\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of March 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Roger M. Townsend<br>BRESKIN JOHNSON & TOWNSEND PLLC<br>1111 Third Avenue, Suite 2230<br>Seattle, WA 98101<br>Phone: 206-652-8660<br>Fax: 206-652-8290<br>Email: rtownsend@bjtlegal.com | *Attorneys for Plaintiff*<br>*CoinLab, Inc., a Delaware Corporation* |
| Edgar Guy Sargent<br>SUSMAN GODFREY (WA)<br>1201 Third Ave, Suite 3800<br>Seattle, WA 98101<br>Phone: 206-516-3880<br>Email: esargent@susmangodfrey.com | *Attorneys for Plaintiff*<br>*CoinLab, Inc., a Delaware Corporation* |

    s/ Tod L. Gamlen
Tod L. Gamlen
Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 856-2400
Facsimile: (650) 856-9299
Email: Tod.Gamlen@bakermckenzie.com

*DECLARATION OF TOD L. GAMLEN IN SUPPORT OF MOTION TO STAY ENTIRE ACTION - (2:13-cv-00777-MJP) - 6*
515004-v6\PALDMS

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789