THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation, <br><br> Defendants/Counterclaim-Plaintiffs, <br><br> v. <br><br> COINLAB, INC., a Delaware Corporation, <br><br> Counterclaim-Defendant. | Case No. 2:13-cv-00777-MJP <br><br> **SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY** |

**PLEASE TAKE NOTICE THAT,** on June 19, 2014, the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") entered an Order Recognizing Foreign Main Proceeding and Granting Related Relief (the "Recognition Order"), on the petition filed by Mr. Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative of defendant and counterclaimant MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor"), recognizing the Debtor's bankruptcy proceeding under Japanese law, currently pending before the Twentieth Civil Division of the Tokyo District Court in Japan, as a foreign main proceeding pursuant to Chapter 15 of Title 11 of the United States Code (the "Bankruptcy Code"), and granting certain related relief. The Debtor's Chapter 15

SUGGESTION OF BANKRUPTCY AND NOTICE
OF STAY – 1
Case No. 2:13-cv-00777-MJP

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
telephone (206) 389-4510
facsimile (206) 389-4511

bankruptcy case is pending before the Bankruptcy Court in the case captioned *In re MtGox Co., Ltd. a/k/a MtGox KK*, Case No. 14-31229 (SGJ). A copy of the Recognition Order is attached hereto as **Exhibit A**. The Recognition Order refers to the Joint Stipulation and Order Between the Greene Plaintiffs and the Foreign Representative of MtGox Co., Ltd. and the Joint Stipulation and Order Between the Foreign Representative of MtGox Co., Ltd. and CoinLab, Inc., each of which is attached hereto as **Exhibits B** and **C**, respectively.

Pursuant to Section 1520(a)(1) of the Bankruptcy Code, upon entry of the Recognition Order, the automatic stay of Section 362 of the Bankruptcy Code immediately became applicable with respect to the Debtor and the property of the Debtor within the territorial jurisdiction of the United States, and therefore, *inter alia*, the claims asserted against the Debtor in this action have been stayed.

RESPECTFULLY SUBMITTED this 23rd day of July, 2014.

**FENWICK & WEST LLP**

*/s/  Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:  (206) 389-4521
Facsimile:  (206) 389-4511
Email:  bbuckley@fenwick.com

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Daniel J. Saval (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

*Attorneys for Defendant and Counterclaimant MtGox Co., Ltd., a/k/a MtGox KK, by and through Nobuaki Kobayashi, in his capacity as the Bankruptcy Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY – 2
Case No. 2:13-cv-00777-MJP

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
telephone (206) 389-4510
facsimile (206) 389-4511

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, I caused the foregoing document to be filed with the Court, and have caused a copy to be served on:

| | |
|---|---|
| Roger M Townsend<br>**Breskin Johnson & Townsend PLLC**<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Tel: 206-652-8660<br>Fax: 206-652-8290<br>Email: rtownsend@bjtlegal.com<br><br>**Attorneys for Plaintiff and Counter Defendant** | ☒ **By E-Service**<br>☐ **United States Mail, First Class**<br>☐ **By Messenger**<br>☐ **By Facsimile**<br>☐ **By Overnight Courier**<br>☐ **By Email** |
| Edgar Guy Sargent<br>Floyd G. Short<br>Lindsey N. Godfrey-Eccles<br>Kristin Malone<br>**Susman Godfrey**<br>1201 Third Ave., Suite 3800<br>Seattle, WA 98101<br>Tel:  206-516-3880<br>Email:  esargent@susmangodfrey.com<br>  fshort@susmangodfrey.com<br>  lngodfrey@susmangodfrey.com<br>  kmalone@susmangodfrey.com<br><br>**Attorneys for Plaintiff and Counter Defendant** | ☒ **By E-Service**<br>☐ **United States Mail, First Class**<br>☐ **By Messenger**<br>☐ **By Facsimile**<br>☐ **By Overnight Courier**<br>☐ **By Email** |

SUGGESTION OF BANKRUPTCY AND NOTICE
OF STAY – 3
Case No. 2:13-cv-00777-MJP

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
telephone (206) 389-4510
facsimile (206) 389-4511

| Mark Karpeles<br>Tibanne KK<br>11-5 Shibuya, 2 Chome<br>Shibuya-ku, Toyko, Japan<br>Tel: 81 3 4520 6200<br>Email: mark@tibanne.com<br><br>**Defendant/Counterclaimant Tibanne KK,** *Pro Se* | ☐ **By E-Service**<br>☐ **United States Mail, First Class**<br>☐ **By Messenger**<br>☐ **By Facsimile**<br>☒ **By Overnight Courier**<br>☒ **By Email** |
|---|---|

**FENWICK & WEST LLP**

By: *s/ Brian D. Buckley*
   Brian D. Buckley, WSBA No. 26423

   1191 Second Avenue, 10th Floor
   Seattle, WA 98101
   Phone: 206-389-4521
   Fax: 206-389-4511
   Email: bbuckley@fenwick.com

SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY – 4
Case No. 2:13-cv-00777-MJP

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
telephone (206) 389-4510
facsimile (206) 389-4511