Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Mt. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-777-MJP<br><br>DECLARATION OF ROGER TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM STAY AND TEMPORARY RESTRAINING ORDER |

I, Roger M. Townsend, hereby declare as follows:

1. I am an attorney at Breskin Johnson & Townsend, PLLC, and counsel for Plaintiff Coinlab, Inc. ("Coinlab") in the above-captioned action. I am a member in good standing with the bar of the State of Washington. I am over the age of eighteen, can attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Tibanne KK is the parent company to Mt. Gox KK, owning approximately 85 percent of MtGox. Mark Karpeles is the CEO of Tibanne and owns 100% of the equity interests.

DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM STAY AND TEMPORARY RESTRAINING ORDER - 1
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

3. On July 22, Plaintiff filed a Motion for Relief from the Stay and for a Temporary Restraining Order. Contemporaneously with filing the motion, I emailed Mark@Tibanne.com, the email address provided by Baker MacKenzie for Tibanne upon withdrawal. Almost immediately, I received a response from Mark Karpeles asking, "Isn't that whole action stayed?" I responded asking "Do you have counsel that represents Tibanne KK in this matter?" Attached hereto as **Exhibit 1** is a true and correct copy of the email exchange with Mr. Karpeles.

4. I sent a copy of the Court's TRO to the same email address, but received no response.

5. On July 25, Counsel for MtGox provided the attached Affidavit of Service for service of the Temporary Restraining order. Attached hereto as **Exhibit 2** is a true and correct copy of the Affidavit of Service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of August, 2014.

BRESKIN JOHNSON & TOWNSEND PLLC

By: /s/ Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Phone: 206-652-8660
Facsimile: 206-652-8290
rtownsend@bjtlegal.com

DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM STAY AND TEMPORARY RESTRAINING ORDER - 2
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2014, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM STAY AND TEMPORARY RESTRAINING ORDER - 3
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660