Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Mt. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-777-MJP<br><br>**MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND TO LIFT STAY TO PERMIT MOTION FOR DEFAULT JUDGMENT**<br><br>**Note for Motion: August 4, 2014** |

Plaintiff CoinLab, Inc. ("CoinLab") moves the Court for an order extending the July 22, 2014 temporary restraining order an additional fourteen days and lifting the stay in this litigation to permit CoinLab to seek a default judgment against defendant Tibanne KK ("Tibanne").

**I.  BACKGROUND**

CoinLab filed this suit on May 2, 2013.  The Complaint alleges that Japanese corporation Tibanne and its subsidiary MtGox KK ("MtGox") breached a contract in which they had agreed that CoinLab would serve as the exclusive U.S. provider of exchange services for the digital currency Bitcoin on behalf of the defendants.  Both defendants were served in Japan and appeared through United States counsel.  *See* Dkt #9.  Neither defendant challenged personal jurisdiction or venue in this Court.  On February 28, 2014, while discovery in this litigation was actively underway, MtGox filed for bankruptcy protection in Japan.  MtGox then filed a Chapter 15 proceeding in

MOTION TO EXTEND TEMPORARY
RESTRAINING ORDER AND TO LIFT STAY TO
PERMIT MOTION FOR DEFAULT JUDGMENT - 1
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Bankruptcy Court in Dallas, Texas seeking formal United States recognition of the Japanese Bankruptcy. On March 10, 2014, the Dallas Bankruptcy Court issued an order finding that Section 362 of the Bankruptcy Code was applicable to MtGox on a provisional basis. As a result, the claims against MtGox in this case became subject to an automatic stay.

In conjunction with the bankruptcy, MtGox replaced its prior United States counsel Baker & McKenzie ("Baker") and Hillis Clark Martin & Peterson ("Hillis Clark") with Brown Rudnick and Fenwick & West. Baker and Hillis Clark filed a motion to withdraw as counsel for Tibanne on March 20, 2014 but, for the time being, remained counsel of record for MtGox. *See* Dkt # 39. On April 8, 2014, the Court granted Baker and Hillis Clark's motion to withdraw as counsel for Tibanne. Dkt # 57.

The same day Baker and Hillis Clark filed their motion to withdraw as counsel for Tibanne, both firms also filed a motion on behalf of MtGox seeking to stay the litigation against MtGox's now unrepresented parent corporation, Tibanne. Dkt # 41. On April 30, 2014, the Court granted the stay motion, staying the entire litigation. Dkt # 62. On the same day, the Court issued a minute order *sua sponte* requiring Tibanne to appear through new counsel by May 30, 2014. Dkt # 61. To date, Tibanne has not complied with this order and the Japanese corporation remains unrepresented before this Court.

## II. THE TEMPORARY RESTRAINING ORDER

In early July, CoinLab learned through news reports and other sources that Tibanne's CEO and sole-shareholder Mark Karpeles was actively seeking to liquidate the company's assets. CoinLab then filed an emergency motion seeking to lift the stay in order to obtain a temporary restraining order preventing Tibanne from carrying out this liquidation. Dkt # 65. At the same time, CoinLab also moved for an order finding Tibanne in default of its obligation to appear through counsel. Dkt #64. The motion for a default order is still pending.

MOTION TO EXTEND TEMPORARY
RESTRAINING ORDER AND TO LIFT STAY TO
PERMIT MOTION FOR DEFAULT JUDGMENT - 2
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

On July 22, 2014, the Court granted CoinLab's TRO motion and issued an order that, among other things, enjoins Tibanne from (1) disposing of or encumbering any of its assets in the United States, other than in the ordinary course to meet reasonable business expenses; (2) selling or destroying any websites or domain names used in any Bitcoin exchange services provided by the defendants; (3) creating, acquiring, or reactivating any subsidiaries without notifying CoinLab of the purpose for the entity; and (4) destroying or altering any business records. In addition, Tibanne is required to (1) provide CoinLab with an accounting for any assets disposed of in the ordinary course; (2) provide CoinLab with a list of all websites operated or controlled by Tibanne; and (3) maintain current accounting and business records. Dkt #69.

### III. TIBANNE'S ONGOING FAILURE TO COMPLY WITH THIS COURT'S ORDER

Tibanne has still not appeared through new counsel in this case and has not complied with the TRO's requirements about providing information to CoinLab. Counsel for CoinLab provided a copy of the TRO motion to Tibanne CEO Mark Karpeles, who responded by asking whether the litigation against Tibanne is stayed, but has not had any additional contact with CoinLab. Townsend Decl. at Exhibit A. Brown Rudnick, counsel for MtGox, has verified that it provided a copy of the Court's TRO to Tibanne. *Id.* At Exhibit B. Nevertheless, there is no evidence that Tibanne has made any effort to comply. Nor has it complied with the Court's Order that it obtain new counsel to appear on its behalf in this litigation.

News reports indicate that Tibanne has now elected to proceed with the sale of its domain names privately, rather than through the public auction which first alerted CoinLab to the attempted liquidation. *See* Elliot Silver, "Bitcoins.com Auction Postponed," July 23, 2014, at Domaininvesting.com/bitcoins-com-auction-postponed/ (last verified on August 2, 2104). In the article, the individual retained to conduct the

MOTION TO EXTEND TEMPORARY
RESTRAINING ORDER AND TO LIFT STAY TO
PERMIT MOTION FOR DEFAULT JUDGMENT - 3
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

auction indicates that a private sale will go forward "once the legal issues are resolved." *Id.* It is not clear what "resolving" the legal issues means in this context. Given Tibanne's failure to appear and comply with the TRO, CoinLab has no assurance that Tibanne will not simply ignore this Court's injunction and attempt to arrange a private sale of its most valuable assets while this case remains pending.

Tibanne's refusal to acknowledge this Court's TRO is consistent with these defendants' past efforts to skirt the authority of United States Courts. In addition to the attempt to liquidate Tibanne while CoinLab's claims are pending, MtGox and Mark Karpeles have ignored orders from the Dallas Bankruptcy Court. MtGox's Chapter 15 proceeding was filed by Mr. Karpeles on behalf of MtGox. When the Court ordered Mr. Karpeles to appear for a deposition to defend the allegations he made in that filing, he refused to comply. After the Court ordered the deposition to go forward a second time and threatened to dismiss the Chapter 15, MtGox converted the Japanese bankruptcy from a reorganization to a liquidation and replaced himself with a court-appointed trustee. Mr. Karpeles has yet to appear for his deposition in that proceeding.

### IV. THE TRO SHOULD BE EXTENDED AND THE STAY SHOULD BE LIFTED

Given Tibanne's ongoing refusal to comply with this Court's orders, the threat of irreparable harm to CoinLab is at least as imminent as it was when the TRO was initially granted. For the reasons set forth in CoinLab's initial TRO motion as well as the reasons identified above, CoinLab requests that the Court extend its TRO for an additional fourteen days.

In addition, CoinLab requests that the Court lift the stay of CoinLab's claims against Tibanne so that CoinLab can move for a default judgment. Tibanne has been given ample opportunity and notice to make a proper appearance here and comply with this Court's orders. It has refused to do so. There is an ongoing risk that Tibanne

MOTION TO EXTEND TEMPORARY
RESTRAINING ORDER AND TO LIFT STAY TO
PERMIT MOTION FOR DEFAULT JUDGMENT - 4
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

is proceeding with its liquidation or otherwise disposing of assets. CoinLab must reduce its claims to judgment so that it has the opportunity to attempt to recover some value before that value has been entirely dissipated.

DATED this 4th day of August, 2014.

BRESKIN JOHNSON & TOWNSEND PLLC

By: /s/ Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Phone: 206-652-8660
Facsimile: 206-652-8290
rtownsend@bjtlegal.com

SUSMAN GODFREY LLP

By: /s/ Edgar Sargent
Edgar Sargent, WSBA No. 28283
By: /s/ Floyd Short
Floyd Short, WSBA No. 21632
By: /s/ Lindsey Godfrey Eccles
Lindsey Godfrey Eccles, WSBA No. 33566
By: /s/ Kristin Malone
Kristin Malone, WSBA No. 46251
Susman Godfrey LLP
1201 3rd Ave Ste 3800
Seattle, WA 98101-3087
esargent@susmangodfrey.com
fshort@susmangodfrey.com
leccles@susmangodfrey.com
kmalone@susmangodfrey.com
Phone: (206) 516-3895
Fax: (206) 516-3883

MOTION TO EXTEND TEMPORARY
RESTRAINING ORDER AND TO LIFT STAY TO
PERMIT MOTION FOR DEFAULT JUDGMENT - 5
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. I also certify that the foregoing with be provided to the following in the manner indicated:

| | |
|---|---|
| Tibanne KK<br>Mark Karpeles<br>11-5, Shibuya 2-chome<br>Shibuya-ku<br>Tokyo, Japan<br>mark@tibanne.com<br>+81 3 4520 6200 | Brian D. Buckley, WSBA No. 26423<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>Phone: 206-389-4521<br>Fax: 206-389-4511<br>Email: bbuckley@fenwick.com |
| [X] Via Email<br>[X] Via US Mail | [X] Via Email |

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

MOTION TO EXTEND TEMPORARY
RESTRAINING ORDER AND TO LIFT STAY TO
PERMIT MOTION FOR DEFAULT JUDGMENT - 6
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660