UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB INC, | CASE NO. C13-777-MJP |
| Plaintiff, | ORDER EXTENDING TRO AND ORDER TO SHOW CAUSE |
| v. | |
| MT GOX KK, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Coinlab Inc.'s motion to extend the July 22, 2014 Temporary Restraining Order ("TRO") for an additional 14 days and to lift the previously ordered stay for the limited purpose of seeking a default judgment against Defendant Tibanne KK ("Tibanne"). Having reviewed the motion and all related papers, the Court GRANTS the motion as to extending the TRO for 14 additional days from this Order, finding it is supported by good cause. The Court ABSTAINS from ruling on the motion to lift the stay. (Dkt. No. 74.) Instead, Defendant Tibanne is ORDERED to SHOW CAUSE why the stay should not be lifted and sanctions imposed for Tibanne's failure to timely obtain new counsel.

ORDER EXTENDING TRO AND ORDER TO
SHOW CAUSE- 1

1  An in person hearing on the ORDER to SHOW CAUSE is scheduled for Tuesday, August 12, 2014 at 9:30 AM in Courtroom 14206 before Judge Marsha J. Pechman.

The clerk is ordered to provide copies of this order to all counsel.

Dated this <u>5th</u> day of August, 2014.

*Marsha J. Pechman*
Marsha J. Pechman
Chief United States District Judge