Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Mt. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-777-MJP<br><br>DECLARATION OF ROGER TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Roger M. Townsend, hereby declare as follows:

1. I am an attorney at Breskin Johnson & Townsend, PLLC, and counsel for Plaintiff Coinlab, Inc. ("Coinlab") in the above-captioned action. I am a member in good standing with the bar of the State of Washington. I am over the age of eighteen, can attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an organizational chart filed in the bankruptcy proceeding; Case No. 14-31229-SGJ15, Doc. 127, Page 48 of 72, Filed 05/23/2014.

3. Tibanne has not provided any additional disclosures or otherwise provided notice of compliance with the requirements in the TRO.

DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER - 1
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1       4.      Attached hereto as **Exhibit 2** is a true and correct copy of a report
2  provided by a third party regarding domain names owned or controlled by Tibanne.
3       I declare under the penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.
5       DATED this 18th day of August, 2014.

BRESKIN JOHNSON & TOWNSEND PLLC

By:     /s/ Roger M. Townsend_____
        Roger M. Townsend, WSBA #25525
        1000 Second Avenue, Suite 3670
        Seattle, WA  98104
        Phone:  206-652-8660
        Facsimile:  206-652-8290
        rtownsend@bjtlegal.com

DECLARATION OF ROGER M. TOWNSEND IN
SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER - 2
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER - 3
(NO. 2:13-CV-777-MJP)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660