UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB INC,<br><br>          Plaintiff,<br><br>   v.<br><br>MT GOX KK, et al.,<br><br>          Defendants. | CASE NO. C13-777 MJP<br><br>MINUTE ORDER ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court will not rule on Plaintiff's Motion for a Temporary Restraining Order (Dkt. No. 114) without notice to Defendant Tibanne KK. The Court advises Plaintiff to notify Tibanne of the Motion at the address Tibanne has provided to the Court, and to file proof of notification as soon as possible. Pursuant to Local Rule 65(b)(5), Tibanne will have 1 day from the date of notification to inform the Court whether it plans to oppose the motion, and 2 days from the date of notification to file its opposition, if any.

/

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed this 29th day of January, 2015.

3

4                             William M. McCool
                              Clerk of Court

5

6                             s/Mary Duett
                            Deputy Clerk

MINUTE ORDER ON PLAINTIFF'S MOTION
FOR A TEMPORARY RESTRAINING ORDER- 2