1

Hon. Marsha J. Pechman

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

10

COINLAB, INC., a Delaware Corporation

11

Plaintiff,

12

v.

13

MT. GOX KK, a Japanese corporation and
TIBANNE KK, a Japanese corporation.

14

15

Defendants.

16

Case No. 2:13-cv-00777-MJP

**NOTICE OF CHAPTER 15
PROCEEDING AND CONSENT TO
ENTRY OF STAY**

17

18

        Plaintiff CoinLab, Inc. notifies the Court that defendant Tibanne, KK, through its

19

Japanese Bankruptcy Trustee Mr. Taro Awataguchi, filed a petition for relief under Chapter

20

15 of the U.S. Bankruptcy Code with the Bankruptcy Court for the Southern District of New

21

York on February 3, 2015.  A copy of the Voluntary Petition is attached as Exhibit 1.

22

        On February 4, 2015, Judge Gerber of the Bankruptcy Court for the Southern District

23

of New York heard Tibanne's emergency motion for provisional relief in the form of,

24

among other things, a temporary restraining order enjoining CoinLab from continuing to

25

prosecute this litigation.  Plaintiff CoinLab was given notice of this hearing and participated

26

through counsel.  CoinLab indicated to Judge Gerber that it does not oppose the entry of a

NOTICE OF CHAPTER 15 PROCEEDINGS &
CONSENT TO ENTRY OF  STAY - *Page* - 1
*Case No. 2:13-cv-00777-MJP*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1   stay in this litigation in conjunction with Tibanne's Chapter 15 proceeding.  Judge Gerber

2   then granted Tibanne's motion for provisional relief and issued the requested injunction.

3          As a result of these developments, CoinLab requests that this Court enter an order

4   striking all pending deadlines and staying this litigation. CoinLab respectfully suggests that

5   the Court order the parties to submit a joint status report on the progress of the Tibanne

6   bankruptcy and Chapter 15 proceedings every 120 days in conjunction with the status

7   reports the Court has already ordered with regard to the insolvency proceedings for

8   Tibanne's co-defendant, MtGox KK.  *See* Order Granting Motion to Stay, April 30, 2014,

9   Dkt # 62.

10

11          Respectfully submitted:

12          Dated: February 4, 2015                BRESKIN JOHNSON & TOWNSEND PLLC

13                                                 By:  */s/* Roger M. Townsend
                                                   Roger M. Townsend, WSBA No. 25525
14                                                 Breskin Johnson & Townsend PLLC
                                                   1111 Third Avenue, Suite 2230
15                                                 Seattle, WA 98101
                                                   rtownsend@bjtlegal.com
16                                                 Phone: (206) 652-8660
                                                   Fax: (206) 652-8290
17

18                                                 SUSMAN GODFREY LLP

19                                                 By:  */s/ Edgar Sargent*
                                                   Edgar Sargent, WSBA No. 28283
20                                                 Floyd Short, WSBA No. 21632
                                                   Lindsey Godfrey Eccles, WSBA No. 33566
21                                                 Susman Godfrey LLP
                                                   1201 3rd Ave Ste 3800
22                                                 Seattle, WA 98101-3087
                                                   esargent@susmangodfrey.com
23                                                 fshort@susmangodfrey.com
                                                   leccles@susmangodfrey.com
24                                                 Phone: (206) 516-3895
                                                   Fax: (206) 516-3883
25

26                                                 Attorneys for Plaintiff CoinLab, Inc.

NOTICE OF CHAPTER 15 PROCEEDINGS &            SUSMAN GODFREY L.L.P.
CONSENT TO ENTRY OF  STAY - *Page* - 2        1201 Third Avenue, Suite 3800
*Case No. 2:13-cv-00777-MJP*                   Seattle, WA 98101-3000
                                               Tel: (206) 516-3880; Fax: (206) 516-3883

1

## **CERTIFICATE OF SERVICE**

2

3    I hereby certify that on February 4, 2015, I electronically filed the foregoing with

4  the Clerk of the Court using the CM/ECF system which will send notification of such filing

5  to all counsel of record who have registered for electronic notifications.  I have also emailed

6  a copy of this filing to Ms. Angela J. Somers, Reid Collins & Tsai LLP, counsel for

7  Tibanne in the Chapter 15 proceeding in the Southern District of New York.

8                                                                By: */s/ Edgar G. Sargent*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*CERTIFICATE OF SERVICE Page-* 1
*Case No. 2:13-cv-00777-MJP*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883