UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB INC, | CASE NO. C13-777 MJP |
| Plaintiff, | ORDER STAYING CASE |
| v. | |
| MT GOX KK, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Notice of Chapter 15 Proceedings and Consent to Entry of Stay.  (Dkt. No. 121.)  The Court, having been informed of bankruptcy proceedings commencing in the United States Bankruptcy Court for the Southern District of New York, hereby STAYS this case pending resolution of the bankruptcy proceedings.  All pending deadlines are terminated.  The Parties are ORDERED to file a status report on the progress of Tibanne's bankruptcy proceedings every 120 days from the date of this Order.

/

/

/

ORDER STAYING CASE- 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated this 5th day of February, 2015.

3

4

5    _____
     Marsha J. Pechman
6    Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER STAYING CASE- 2