Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | Case No. 2:13-cv-00777-BJR<br><br>**STATUS REPORT ON PROGRESS OF TIBANNE BANKRUPTCY PROCEEDINGS** |

Plaintiff CoinLab, Inc. provides this status report on the Tibanne and MtGox bankruptcy proceedings pursuant to the Court's Order dated February 5, 2015, Dkt #123. Bankruptcy proceedings for Tibanne and its affiliate MtGox are ongoing in Japan. Both entities Chapter 15 proceedings in the United States are also ongoing and the stay orders issued by those United States Bankruptcy Courts remain in force. Over the past six months the parties in Japan have been presenting arguments to the Bankruptcy Court and working towards a possible resolution, but there is as yet no firm date by which proceedings there will be concluded.

Dated: September 27, 2016

Respectfully submitted:

SUSMAN GODFREY LLP
By: */s/ Edgar Sargent*

STATUS REPORT
*Case No. 2:13-cv-00777-BJR*
*Page-* 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1
2
3
4
5
6
7
8
9
10
11
12
13

        Edgar Sargent, WSBA No. 28283
By: */s/ Floyd Short*
Floyd Short, WSBA No. 21632
By: */s/ Lindsey Godfrey Eccles*
Lindsey Godfrey Eccles, WSBA No. 33566
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3087
esargent@susmangodfrey.com
fshort@susmangodfrey.com
leccles@susmangodfrey.com
Phone: (206) 516-3880

BRESKIN JOHNSON & TOWNSEND PLLC
By: */s/ Roger M. Townsend*
Roger M. Townsend, WSBA No. 25525
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101
rtownsend@bjtlegal.com
Phone: (206) 652-8660

14
15

*Attorneys for Plaintiff CoinLab, Inc.*

16
17
18
19
20
21
22
23
24
25
26

STATUS REPORT  
*Case No. 2:13-cv-00777-BJR*  
Page- 2  
SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications. I have also emailed a copy of this filing to Ms. Angela J. Somers, Reid Collins & Tsai LLP, counsel for Tibanne, in the Chapter 15 proceeding in the Southern District of New York.

By: */s/ Edgar G. Sargent*