Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>Mt. GOX KK, a Japanese corporation, and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-777-BJR<br><br>STATUS REPORT ON PROGRESS OF DEFENDANTS' BANKRUPTCY PROCEEDINGS |

Plaintiff CoinLab, Inc. provides this status report on the Tibanne and MtGox bankruptcy proceedings pursuant to the Court's Minute Orders dated April 27, 2017 (Dkt. #140) and February 5, 2015 (Dkt #123).

Bankruptcy proceedings for Defendants Tibanne and MtGox are ongoing in Japan. Both entities' Chapter 15 proceedings in the United States are also ongoing and the stay orders issued by those United States Bankruptcy Courts remain in force. Over the past year the parties in Japan have been presenting arguments to the Bankruptcy Court and working towards a possible resolution, but there is as yet no firm date by which proceedings there will be concluded

We apologize to the Court for an administrative error which caused the failure to file a timely status report in this matter. We have corrected the problem and intend to file another

STATUS REPORT ON PROGRESS OF DEFENDANTS'
BANKRUPTCY PROCEEDINGS - 1
(NO. 2:13-CV-777-BJR)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1  status report by September 5, 2017 if the matter has not be resolved or the stay been lifted
2  before that time.
3        DATED this 27th day of April, 2017.

                BRESKIN JOHNSON & TOWNSEND PLLC

                By: *s/ Roger M. Townsend*
                    Roger M. Townsend, WSBA No. 25525
                    1000 Second Avenue, Suite 3670
                    Seattle, WA  98104
                    Phone:  206-652-8660
                    rtownsend@bjtlegal.com

                SUSMAN GODFREY LLP

                By: *s/ Edgar Sargent*
                    Edgar Sargent, WSBA No. 28283
                    1201 Third Avenue, Suite 3800
                    Seattle, WA 98101-3087
                    Phone: 206-516-3880
                    esargent@susmangodfrey.com

1
2
3
4
5
6
7
...
27

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant