# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COINLAB INC,<br><br>                  Plaintiff,<br><br>    v.<br><br>MT GOX KK, et al.,<br><br>                  Defendants. | CASE NO. C13-777 BJR<br><br>MINUTE ORDER RE: STATUS REPORTS |

The following minute order is made by the direction of the court, the Honorable Barbara J. Rothstein, United States District Judge:

On February 5, 2015, this case was stayed pursuant to bankruptcy proceedings in the Southern District of New York. (Dkt. No. 123.) As part of that order, the parties were required to file a status report on the progress of the bankruptcy proceedings every 120 days. The last status report was filed on April 27, 2017. (*Id.*)

1    The parties are ORDERED to file a status report in accordance with stay order by no later
2    than **September 5, 2017**.  Failure to file the status report may result in sanctions up to and
3    including dismissal of the matter.

5    The clerk is ordered to provide copies of this order to all counsel.

6    Filed August 29, 2017.

                                                William M. McCool  
                                                Clerk of Court

                                                s/Paula McNabb  
                                                Deputy Clerk