Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-00777-BJR<br><br>STATUS REPORT ON PROGRESS OF DEFENDANTS' BANKRUPTCY PROCEEDINGS |

Plaintiff CoinLab, Inc. provides this status report on the Tibanne and MtGox bankruptcy proceedings pursuant to the Court's Order dated August 29, 2017 (Dkt. No. 142) and February 5, 2015 (Dkt. No. 123).

Bankruptcy proceedings for Defendants Tibanne and MtGox are ongoing in Japan. Both entities' Chapter 15 proceedings in the United States are also ongoing and the stay orders issued by those United States Bankruptcy Courts remain in force. The parties in Japan have been presenting arguments to the Bankruptcy Court and working towards a possible resolution, but there is as yet no firm date by which proceedings there will be concluded.

Dated:  December 18, 2017          Respectfully submitted:

SUSMAN GODFREY LLP
By: */s/ Edgar Sargent*

STATUS REPORT                              Page- 1
Case No. 2:13-cv-00777-BJR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        Edgar Sargent, WSBA No. 28283
By: */s/ Floyd Short*
Floyd Short, WSBA No. 21632
By: */s/ Lindsey Godfrey Eccles*
Lindsey Godfrey Eccles, WSBA No. 33566
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3087
Telephone: (206) 516-3880
esargent@susmangodfrey.com
fshort@susmangodfrey.com
leccles@susmangodfrey.com


BRESKIN JOHNSON & TOWNSEND PLLC

By: */s/ Roger M. Townsend*
Roger M. Townsend, WSBA No. 25525
Breskin Johnson & Townsend PLLC
1000 2nd Avenue, suite 3670
Seattle, Washington 98104
Telephone: (206) 652-8660
rtownsend@bjtlegal.com


*Attorneys for Plaintiff CoinLab, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications.  I have also emailed a copy of this filing to Ms. Angela J. Somers, Reid Collins & Tsai LLP, counsel for Tibanne, in the Chapter 15 proceeding in the Southern District of New York.

By: */s/ Edgar G. Sargent*

CERTIFICATE OF SERVICE
Case No. 2:13-cv-00777-BJR

Page- 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883