Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-00777-BJR<br><br>STATUS REPORT ON PROGRESS OF DEFENDANTS' BANKRUPTCY PROCEEDINGS |

Plaintiff CoinLab, Inc. provides this status report on the Tibanne and MtGox bankruptcy proceedings pursuant to the Court's Orders dated August 29, 2017 (Dkt. No. 142) and February 5, 2015 (Dkt. No. 123).

As noted in CoinLab's previous status report, the Japanese Bankruptcy of defendant MtGox was converted to a Civil Rehabilitation Proceeding in June 2018. CoinLab filed a timely proof of claim in the rehabilitation proceeding, asserting MtGox's liability for the claims at issue in this litigation. A copy of that proof of claim is attached hereto as Exhibit 1. The deadline for parties to file proofs of claim was October 22, 2018.

As of the date of this status report, CoinLab's claim has not been resolved in the rehabilitation proceeding. Accordingly, the stay of this litigation should remain in force.

STATUS REPORT                 Page- 1
Case No. 2:13-cv-00777-BJR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1  Dated:  December 13, 2018                Respectfully submitted:

2                                           SUSMAN GODFREY LLP
                                            By: */s/ Edgar Sargent*
3                                           Edgar Sargent, WSBA No. 28283
                                            By: */s/ Floyd Short*
4                                           Floyd Short, WSBA No. 21632
5                                           By: */s/ Lindsey Godfrey Eccles*
                                            Lindsey Godfrey Eccles, WSBA No. 33566
6                                           Susman Godfrey LLP
                                            1201 Third Avenue, Suite 3800
7                                           Seattle, Washington 98101-3087
                                            Telephone: (206) 516-3880
8                                           esargent@susmangodfrey.com
9                                           fshort@susmangodfrey.com
                                            leccles@susmangodfrey.com
10

11
                                            BRESKIN JOHNSON & TOWNSEND PLLC
12

13                                          By: */s/ Roger M. Townsend*
                                            Roger M. Townsend, WSBA No. 25525
14                                          Breskin Johnson & Townsend PLLC
                                            1000 2nd Avenue, suite 3670
15                                          Seattle, Washington 98104
                                            Telephone: (206) 652-8660
16                                          rtownsend@bjtlegal.com

17

18                                          *Attorneys for Plaintiff CoinLab, Inc*.

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications.  I have also emailed a copy of this filing to Ms. Angela J. Somers, Reid Collins & Tsai LLP, counsel for Tibanne, in the Chapter 15 proceeding in the Southern District of New York.

By: */s/ Edgar G. Sargent*

CERTIFICATE OF SERVICE
Case No. 2:13-cv-00777-BJR

Page- 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883