# EXHIBIT 1

事件番号　平成２９年（再）第３５号/ Case Number. Heisei 29 (2017) (Sai) 35
再生債務者　株式会社ＭＴＧＯＸ　/ Rehabilitation Debtor : MTGOX Co., Ltd

# 再生債権届出書
## PROOF OF REHABILITATION CLAIM

平成 30 年 10 月 22 日　（届出書作成日/Date of Creation）

東京地方裁判所民事第 20 部　合議係　御中
/ To The 20th Civil Division of the Tokyo District Court

【債権者の表示/ Creditor's Information】

【住所／本店所在地/ Place of Domicile or Place of Head Office】
750 Ericksen Ave NE/ Suite 102/ Bainbridge Island, WA 98110

【営業所等の所在地/ Place of Business】
☑同上/ditto☐

【氏名／名称/ Name of Creditor】
CoinLab, Inc.

【代表者名/ Representative】　　　【事務担当者名/ Person in charge】
Peter Vessenes　　　　　　　　　Wendy Wallace

【裁判所使用欄 /COURT USE ONLY】

【電話/ TEL】
【FAX】

※代理人名義で届け出る場合のみ、下の欄に記入してください（委任状添付）。
※Fill in the information of the legal counsel for the submission of this proof of claim, with Power of Attorney attached.

【住　所/ Address】〒105-0001
東京都港区虎ノ門 2-1-1 商船三井ビルディング 4階 みなと協和法律事務所

【代理人名/ Name of Legal Counsel】
弁護士　和田　正

【代理人電話/ TEL】
03-5544-8296

【代理人FAX/ FAX】
03-5544-8297

※　本再生債権届出書は、一般取引債権者（BTC その他仮想通貨の返還請求権を除く。）の再生債権の届出のためのものです。MTGOX 取引所のユーザーの再生債権の届出又は BTC その他仮想通貨の返還請求権に関する再生債権の届出には、管財人が指定する別の書式を使用してください。
NOTE: This form of Proof of Rehabilitation Claim is for the use of general trade creditors (except for the filing of proofs of claim concerning rights for return of Bitcoin and other crypto currencies). For the filing of proofs of claim of users of MTGOX exchange or proofs of claim concerning rights for return of Bitcoin and other crypto currencies, please use the form separately designated by the trustee.

1

| 届出債権額 （内訳は下欄のとおり） /Amount of Filed Rehabilitation Claim (the breakdown of the amount as listed below) || || 合計/ Total |
|---|---|---|---|---|
| 進行番号 / No. | 債権の種類 / Type of claims | 債権の金額（元金の残額をご記入ください。複数口は別紙明細目録にご記入ください。）/ Amount of Rehabilitation Claim (Please fill in the amount of the outstanding principal. If you have multiple types of claims, please fill in the Breakdown Table of Claims below.) | 通貨 /Currency | 約定利息金・遅延損害金/ Interest and Late Charge （該当する口にチェックをつけてください。決定の前日までは確定金額、決定後は額未定分です。/Check this box if any of them is relevant. Fixed amount for those accrued by the day before the Commencement Order, and unspecified amount for those on and after the date of Commencement Order） |
| | | 債権の内容及び原因/ Cause for Claim | | |
| 1 | | 別紙記載のとおり | | □　年　月　日から　年　月　日まで （利率年　%）　　/ □ from [　　　] (date) to [　　　] (date) (　% per year) □開始決定後の金員/ □Amount after Commencement Order |
| 2 | | | | □　年　月　日から　年　月　日まで （利率年　%）　　/ □ from [　　　] (date) to [　　　] (date) (　% per year) □開始決定後の金員/ □Amount after Commencement Order |

2

| | | | |
|---|---|---|---|
| 3 | | | ☐　　　年　　月　　日から<br>　　　　年　　月　　日まで<br>（利率年　％）　　　　／<br>☐ from [　　　] (date) to<br>[　　　　] (date) (　% per year)<br>☐開始決定後の金員/<br>☐Amount after Commencement Order |
| 4 | | | ☐　　　年　　月　　日から<br>　　　　年　　月　　日まで<br>（利率年　％）　　　　／<br>☐ from [　　　] (date) to<br>[　　　　] (date) (　% per year)<br>☐開始決定後の金員/<br>☐Amount after Commencement Order |
| 5 | | | ☐　　　年　　月　　日から<br>　　　　年　　月　　日まで<br>（利率年　％）　　　　／<br>☐ from [　　　] (date) to<br>[　　　　] (date) (　% per year)<br>☐開始決定後の金員/<br>☐Amount after Commencement Order |
| 6 | | | ☐　　　年　　月　　日から<br>　　　　年　　月　　日まで<br>（利率年　％）　　　　／<br>☐ from [　　　] (date) to<br>[　　　　] (date) (　% per year)<br>☐開始決定後の金員/<br>☐Amount after Commencement Order |

※ 複数口の債権及び手形金債権のある方は、次の欄にご記入ください。
※ If you have multiple types of claims, please fill in the Breakdown Table of Claims below.
（記載欄が不足する場合は、この用紙をコピーなどして追加してください。/ Copy this sheet if the table below is insufficient.）

債権明細目録/ Breakdown Table of Claims （前記進行番号　　　の　　　債権につき/ Regarding No.　　claim above.)

| 債権の種類/ Type of claim | 債権の金額/ Amount of claim | 通貨 /Currency | 債権の内容及び原因/ Cause for claim |
|---|---|---|---|
|  | 円/JPY |  |  |
|  | 円/JPY |  |  |
|  | 円/JPY |  |  |
|  | 円/JPY |  |  |
|  | 円/JPY |  |  |

手形明細目録（振出人が債務者以外の場合は、備考欄に振出人名をご記入ください。）/ Breakdown Table of Bills (Please fill in the name of bill issuer in the column Notes below if such issuer is not the Rehabilitation Debtor.)

| 手形番号/ No. of Bill | 額面金額/ Amount of Bill | 支払期日/ Due date | 振出日/ Date of Issuance | 金融機関 （支払場所） Place of payment | 備考/ Notes |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

※ 前記の債権について、担保権のある方は、次の項目にご記入のうえ、説明書記載の資料を添付してください。複数口ある場合は、担保目録を作成のうえ、添付してください。
※ Please fill in the information below if a claim is secured by a lien or any type of security and attach hereto required documents specified in "Instructions for Filing Proof of Rehabilitation Claim." Please prepare the list of liens and/or securities and attach hereto if you have multiple liens/securities.

〔債権の種類/ Type of claim〕　　　前記進行番号　　　の　　債権
　　　　　　　　　　　　　　　　　/ No.　　　　receivable above
〔担保権の種類/ Type of security〕　□抵当権/ Mortgage
　　　　　　　　　　　　　　　　　□根抵当権/ Revolving Mortgage
　　　　　　　　　　　　　　　　　□質権/ Pledge　□商事留置権/ Possessory Lien

4

☐ その他（        ） / Other (        )

〔担保権の実行で不足する見込額/ Deficiency Amount〕 合計/ total _____

※ 前記の債権について、執行力ある債務名義をお持ちの方は、どの債権であるかを特定のうえ、その通数を記入し、写しを添付してください。

※ If you have a claim(s) with enforceable title of obligation with respect to the claims as listed above, please specify such claim(s), fill in the number of the titles and attach hereto those copies.

☐ 執行力ある債務名義あり〔債権の種類        〕

/ Claim with enforceable title of obligation [Type of claim:        ]

合計　　通/ in total

## 議決権額/The Amount of Voting Rights

| 届出再生債権すべてに係る議決権の合計額（但し、民事再生法87条2項、3項に該当する部分を除く。） The total of voting rights on all the filed rehabilitation claims (excluding the portion subject to Article 87, Paragraphs 2 and 3 of the Civil Rehabilitation Act) | 1,690,067,284,938 円 yen |
|---|---|

※ 下記換算レート一覧表の換算レートに従って届出債権額を日本円に換算した金額をご記入ください。

※ Please fill in the amount of filed rehabilitation claim converted into Japanese yen in accordance with the Conversion Rate of the Table of Conversion Rate below.

【換算レート一覧表】【Table of Conversion Rates】

| 通貨の種類 Currency | 換算レート Conversion Rate | 通貨の種類 Currency | 換算レート Conversion Rate |
|---|---|---|---|
| USD | 111.43 | SEK | 12.82 |
| EUR | 129.34 | DKK | 17.45 |
| GBP | 149.46 | SGD | 82.12 |
| AUD | 83.39 | CZK | 5.07 |
| CAD | 84.60 | INR | 1.79 |
| CHF | 111.75 | CNY | 17.35 |
| PLN | 30.80 | THB | 3.45 |
| NZD | 77.69 | KRW | 0.1 |
| HKD | 14.51 | BTC | 749318.83 |
| RUB | 1.98 | BCH | 97481.19 |
| NOK | 13.80 | | |

5

【別紙】

届出債権等の表示

1．届出債権

| 進行番号 | 債権の種類 | 債権の金額（元金の残高） | 備考 | 証拠書類 |
|---|---|---|---|---|
| 1 | CoinLab,Inc.、株式会社 MTGOX 及び株式会社 TIBANNE 間で 2012 年 11 月 22 日付にて締結された Exclusive License Agreement for the USA & Canada（以下「本件ライセンス契約」という）の Revenue Sharing（収益分配）条項に基づく収益分配請求権 | 金 27,031,875,695 円 | 本件ライセンス契約の収益分配条項に基づく、31,254.277 ビットコイン（ビットコインキャッシュを含む）の請求権、及びその他通貨による金 565,753,307 円相当の請求権。 | (1)EXCLUSIVE LICENSE AGREEMENT FOR THE USA & CANADA<br><br>(2)FIRST AMENDED COMPLAINT |
| 2 | 本件ライセンス契約の契約違反に基づく損害賠償請求権 | 金 1,020,160,340,947 円 | 再生債務者による本件ライセンス契約に関する契約違反に基づく、損害賠償請求権。 | (1)EXCLUSIVE LICENSE AGREEMENT FOR THE USA & CANADA<br><br>(2)FIRST AMENDED COMPLAINT |
| 3 | 遅延損害金（進行番号 1 の元金に対する確定遅延損害金） | 金 14,007,427,733 円 | 2014 年 2 月 25 日から 2018 年 6 月 21 日まで年 12%（ワシントン州法に基づく遅延損害金の率）の割合による遅延損害金<br>[遅延損害金の計算：27,034,268,480 円 × 0.12 ×（4（年）＋116 | (1)EXCLUSIVE LICENSE AGREEMENT FOR THE USA & CANADA<br><br>(2)FIRST AMENDED COMPLAINT |

| | | | 日÷365日）] | |
|---|---|---|---|---|
| 4 | 遅延損害金<br>（進行番号2の元金に対する確定遅延損害金） | 金 628,867,640,563 円 | 但し、2013年5月2日から2018年6月21日まで年12％（ワシントン州法に基づく遅延損害金の率）の割合による遅延損害金<br>［遅延損害金の計算：1,020,160,340,947 円×0.12×（5（年）＋50日÷365日）] | (1)EXCLUSIVE LICENSE AGREEMENT FOR THE USA & CANADA<br><br>(2)FIRST AMENDED COMPLAINT |
| 5 | 未確定遅延損害金 | 額未定 | 進行番号1及び2の元金に対する、本民事再生手続開始後の年12％の割合による遅延損害金 | (1)EXCLUSIVE LICENSE AGREEMENT FOR THE USA & CANADA<br><br>(2)FIRST AMENDED COMPLAINT |

２．再生債権につき係属する訴訟又は行政庁に係属する事件
　　国：アメリカ合衆国
　　裁判所名：United States District Court for the Western District of Washington
　　当事者名：原告 CoinLab, Inc. ／　被告　株式会社 MTGOX 及び株式会社 TIBANEE
　　事件番号：2:13-cv-0077

以上