THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation, <br><br> Defendants/Counterclaim-Plaintiffs, <br><br> v. <br><br> COINLAB, INC., a Delaware Corporation, <br><br> Counterclaim-Defendant. | Case No. 2:13-cv-00777-BJR <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> (Clerk's Action Required) |

**TO: THE CLERK OF THE COURT:**

**AND TO: ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Melanie L. Mayer hereby withdraws as counsel of record for Defendant Mt. Gox KK in this action.

Brian D. Buckley of Fenwick & West LLP will appear as counsel of record for Defendant Mt. Gox KK in this action. A separate Notice of Appearance of Counsel will be filed for Mr. Buckley.

This case is currently stayed (*see* Dkt. No. 123) and this notice is therefore timely under Local Rule 83.2(b).

NOTICE OF WITHDRAWAL OF COUNSEL – 1
Case No. 2:13-cv-00777-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
telephone (206) 389-4510
facsimile (206) 389-4511

1  Dated this 2nd day of March, 2021.

2                              **FENWICK & WEST LLP**

3

4         By:  *s/ Melanie L. Mayer*
               Melanie L. Mayer, WSBA No. 36971

5              1191 Second Avenue, 10th Floor
               Seattle, WA 98101
6              Phone:  206-389-4510
               Fax:    206-389-4511
7              Email:  mmayer@fenwick.com

8              Attorney for Defendant and Counterclaimant
               Mt. Gox KK

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL – 2
Case No. 2:13-cv-00777-BJR

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via overnight courier to the non-CM/ECF participants indicated below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Edgar Guy Sargent<br>Floyd G. Short<br>Lindsey N. Godfrey-Eccles<br>**Susman Godfrey LLP**<br>1201 Third Ave., Suite 3800<br>Seattle, WA 98101<br>Tel:  206-516-3880<br>Email:  esargent@susmangodfrey.com<br>            fshort@susmangodfrey.com<br>            lngodfrey@susmangodfrey.com<br><br>**Attorneys for Plaintiff and Counter Defendant CoinLab, Inc.** | ☒ **By E-Service**<br>☐ **United States Mail, First Class**<br>☐ **By Messenger**<br>☐ **By Facsimile**<br>☐ **By Overnight Courier**<br>☐ **By Email** |
| Roger M. Townsend<br>BRESKIN JOHNSON & TOWNSEND PLLC<br>111 Third Avenue, Suite 2230<br>Seattle, WA 98101<br>Ph: (206)652-8660<br>Fax: 206-652-8290<br>Email: rtownsend@bjtlegal.com<br><br>**Attorney for Plaintiff CoinLab, Inc.** | ☒ **By E-Service**<br>☐ **United States Mail, First Class**<br>☐ **By Messenger**<br>☐ **By Facsimile**<br>☐ **By Overnight Courier**<br>☐ **By Email** |

NOTICE OF WITHDRAWAL OF COUNSEL – 3
Case No. 2:13-cv-00777-BJR

F<small>ENWICK</small> & W<small>EST</small> LLP
1191 S<small>ECOND</small> A<small>VENUE</small>, 10<small>TH</small> F<small>LOOR</small>
S<small>EATTLE</small>, W<small>ASHINGTON</small>  98101
telephone (206) 389-4510
facsimile (206) 389-4511

| | |
|---|---|
| Mark Karpeles<br>Tibanne KK<br>Level 15-F, Cerulean Tower<br>26-1 Sakuragaoka-cho<br>Shibuya-ku, TOKYO 150-8512, JAPAN<br>Tel: 81 3 4520 6200<br>Email: mark@tibanne.com<br><br>**Defendant/Counterclaimant**<br>**Tibanne KK,** *Pro Se* | ☐ **By E-Service**<br>☒ **United States Mail, First Class**<br>☐ **By Messenger**<br>☐ **By Facsimile**<br>☐ **By Overnight Courier**<br>☒ **By Email** |

**FENWICK & WEST LLP**

By: *s/ Melanie L. Mayer*

Melanie L. Mayer, WSBA No. 36971
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Phone: 206-389-4510
Fax: 206-389-4511
Email: mmayer@fenwick.com

NOTICE OF WITHDRAWAL OF COUNSEL – 4
Case No. 2:13-cv-00777-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
telephone (206) 389-4510
facsimile (206) 389-4511