THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation,<br><br>Defendants/Counterclaim-Plaintiffs,<br><br>v.<br><br>COINLAB, INC., a Delaware Corporation,<br><br>Counterclaim-Defendant. | Case No. 2:13-cv-00777-BJR<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>(Clerk's Action Required) |

**TO: THE CLERK OF THE COURT:**

**AND TO: ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Brian D. Buckley of Fenwick & West LLP hereby appears as counsel of record for Defendant Mt. Gox KK in this action.

All further notices and pleadings with regard to this action, except original process, are to be served upon the undersigned appearing counsel of record.

This case is currently stayed (*see* Dkt. No. 123) and this notice is therefore timely under Local Rule 83.2(b).

NOTICE APPEARANCE OF COUNSEL – 1
Case No. 2:13-cv-00777-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
telephone (206) 389-4510
facsimile (206) 389-4511

| | |
|---|---|
| 1 | Dated this 2nd day of March, 2021. |
| 2 | **FENWICK & WEST LLP** |
| 3 | |
| 4 | By: *s/ Brian D. Buckley*<br>Brian D. Buckley, WSBA No. 26423 |
| 5 | 1191 Second Avenue, 10th Floor<br>Seattle, WA 98101 |
| 6 | Phone:  206-389-4510<br>Fax:      206-389-4511 |
| 7 | Email:   bbuckley@fenwick.com |
| 8 | Appearing Attorney for Defendant and<br>Counterclaimant Mt. Gox KK |

NOTICE APPEARANCE OF COUNSEL – 2
Case No. 2:13-cv-00777-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
telephone (206) 389-4510
facsimile (206) 389-4511

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via overnight courier to the non-CM/ECF participants indicated below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Edgar Guy Sargent<br>Floyd G. Short<br>Lindsey N. Godfrey-Eccles<br>**Susman Godfrey LLP**<br>1201 Third Ave., Suite 3800<br>Seattle, WA 98101<br>Tel:  206-516-3880<br>Email:  esargent@susmangodfrey.com<br>           fshort@susmangodfrey.com<br>           lngodfrey@susmangodfrey.com<br><br>**Attorneys for Plaintiff and Counter Defendant CoinLab, Inc.** | ☒ By E-Service<br>☐ United States Mail, First Class<br>☐ By Messenger<br>☐ By Facsimile<br>☐ By Overnight Courier<br>☐ By Email |
| Roger M. Townsend<br>BRESKIN JOHNSON & TOWNSEND PLLC<br>111 Third Avenue, Suite 2230<br>Seattle, WA 98101<br>Ph: (206)652-8660<br>Fax: 206-652-8290<br>Email: rtownsend@bjtlegal.com<br><br>**Attorney for Plaintiff CoinLab, Inc.** | ☒ By E-Service<br>☐ United States Mail, First Class<br>☐ By Messenger<br>☐ By Facsimile<br>☐ By Overnight Courier<br>☐ By Email |
NOTICE APPEARANCE OF COUNSEL – 3
Case No. 2:13-cv-00777-BJR

Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, Washington 98101
telephone (206) 389-4510
facsimile (206) 389-4511

| | |
|---|---|
| Mark Karpeles<br>Tibanne KK<br>Level 15-F, Cerulean Tower<br>26-1 Sakuragaoka-cho<br>Shibuya-ku, TOKYO 150-8512, JAPAN<br>Tel: 81 3 4520 6200<br>Email: mark@tibanne.com<br><br>**Defendant/Counterclaimant**<br>**Tibanne KK,** *Pro Se* | ☐ **By E-Service**<br>☒ **United States Mail, First Class**<br>☐ **By Messenger**<br>☐ **By Facsimile**<br>☐ **By Overnight Courier**<br>☒ **By Email** |

**FENWICK & WEST LLP**

By: *s/ Brian D. Buckley*

Brian D. Buckley, WSBA No. 26423
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Phone: 206-389-4510
Fax: 206-389-4511
Email: bbuckley@fenwick.com

NOTICE APPEARANCE OF COUNSEL – 4
Case No. 2:13-cv-00777-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
telephone (206) 389-4510
facsimile (206) 389-4511