Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-00777-BJR<br><br>STATUS REPORT ON PROGRESS OF DEFENDANTS' BANKRUPTCY PROCEEDINGS |

Plaintiff CoinLab, Inc. provides this status report on the Tibanne and MtGox bankruptcy proceedings pursuant to the Court's Orders dated August 29, 2017 (Dkt. No. 142) and February 5, 2015 (Dkt. No. 123).

As noted in previous CoinLab status reports, the Japanese Bankruptcy of defendant MtGox was converted to a Civil Rehabilitation Proceeding in June 2018. CoinLab filed a timely proof of claim in the rehabilitation proceeding, asserting MtGox's liability for the claims at issue in this litigation.

On or about September 2, 2019, the bankruptcy court in Japan issued an order assessing the value of CoinLab's claim against MtGox at JPY 384,857,605; plus interest through June 22, 2018 (the commencement date for the civil rehabilitation action) of

STATUS REPORT
Case No. 2:13-cv-00777-BJR

Page- 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1    JPY 678,489,465; plus interest since June 22, 2018 at 12% per year, which totaled

2    JPY 55,292,967 as of the date of the assessment order. The total assessed claim amount

3    including interest as of September 2, 2019 is approximately JPY 1,118,640,037 or

4    approximately $10,230,045 (at December 13, 2019 conversion rate provided by

5    Morningstar, Inc. and available through Google.com). On September 30, 2019, CoinLab

6    filed a timely action to challenge this assessment in Tokyo District Court.

7

8         On or about November 2, 2019, the bankruptcy court in Japan issued an order

9    denying CoinLab's claim against Tibanne. On or about November 29, 2019, CoinLab filed a

10   timely appeal of this assessment in the Tokyo District Court. The litigation in the Tokyo

11   District Court is ongoing and no substantive rulings have been issued by that Court.

12

13

14   Dated: June 11, 2021          Respectfully submitted:

15                                             SUSMAN GODFREY LLP
                                               By: /s/ Edgar Sargent
16                                             Edgar Sargent, WSBA No. 28283
                                               By: /s/ Floyd Short
17                                             Floyd Short, WSBA No. 21632
                                               By: /s/ Lindsey Godfrey Eccles
18                                             Lindsey Godfrey Eccles, WSBA No. 33566
                                               Susman Godfrey LLP
19                                             1201 Third Avenue, Suite 3800
                                               Seattle, Washington 98101-3087
20                                             Telephone: (206) 516-3880
                                               esargent@susmangodfrey.com
21                                             fshort@susmangodfrey.com
                                               leccles@susmangodfrey.com
22

23

24                                             BRESKIN JOHNSON & TOWNSEND PLLC

25                                             By: /s/ Roger M. Townsend
                                               Roger M. Townsend, WSBA No. 25525
26                                             Breskin Johnson & Townsend PLLC

STATUS REPORT                  Page- 2      SUSMAN GODFREY L.L.P.
Case No. 2:13-cv-00777-BJR                  1201 Third Avenue, Suite 3800
                                            Seattle, WA 98101-3000
                                            Tel: (206) 516-3880; Fax: (206) 516-3883

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1000 2nd Avenue, suite 3670
Seattle, Washington 98104
Telephone: (206) 652-8660
rtownsend@bjtlegal.com


*Attorneys for Plaintiff CoinLab, Inc.*

STATUS REPORT
Case No. 2:13-cv-00777-BJR

Page- 3

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1

2

## CERTIFICATE OF SERVICE

3

4       I hereby certify that on June 11, 2021, I electronically filed the foregoing with the

5   Clerk of the Court using the CM/ECF system which will send notification of such filing to

6   all counsel of record who have registered for electronic notifications.  I have also emailed a

7   copy of this filing to Ms. Angela J. Somers, Reid Collins & Tsai LLP, counsel for Tibanne,

    in the Chapter 15 proceeding in the Southern District of New York.

8

9                           By: */s/Edgar G. Sargent*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE             Page- 1        SUSMAN GODFREY L.L.P.
Case No. 2:13-cv-00777-BJR                        1201 Third Avenue, Suite 3800
                                                  Seattle, WA 98101-3000
                                                  Tel: (206) 516-3880; Fax: (206) 516-3883