Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-00777-BJR<br><br>STATUS REPORT ON PROGRESS OF DEFENDANTS' BANKRUPTCY PROCEEDINGS |

Plaintiff CoinLab, Inc. provides this status report on the Tibanne and MtGox bankruptcy proceedings pursuant to the Court's Orders dated August 29, 2017 (Dkt. No. 142), February 5, 2015 (Dkt. No. 123), and April 10, 2023 (Dkt. No. 161).

As noted in previous CoinLab status reports, the Japanese Bankruptcy of defendant MtGox was converted to a Civil Rehabilitation Proceeding in June 2018. CoinLab filed a timely proof of claim in the rehabilitation proceeding, asserting MtGox's liability for the claims at issue in this litigation.

On or about September 2, 2019, the bankruptcy court in Japan issued an order assessing the value of CoinLab's claim against MtGox at JPY 384,857,605; plus interest through June 22, 2018 (the commencement date for the civil rehabilitation action) of

STATUS REPORT  
Case No. 2:13-cv-00777-BJR

Page- 1

SUSMAN GODFREY L.L.P.  
401 Union Street, Suite 300  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

11404687v1/015164

JPY 678,489,465; plus interest since June 22, 2018 at 12% per year, which totaled JPY 55,292,967 as of the date of the assessment order. The total assessed claim amount including interest as of September 2, 2019 is approximately JPY 1,118,640,037 or approximately $10,230,045 (at December 13, 2019 conversion rate provided by Morningstar, Inc. and available through Google.com). On September 30, 2019, CoinLab filed a timely action to challenge this assessment in Tokyo District Court.

On or about November 2, 2019, the bankruptcy court in Japan issued an order denying CoinLab's claim against Tibanne. On or about November 29, 2019, CoinLab filed a timely appeal of this assessment in the Tokyo District Court. The litigation in the Tokyo District Court is ongoing and no substantive rulings have been issued by that Court.

Dated: April 11, 2023          Respectfully submitted:

SUSMAN GODFREY LLP
By: /s/ Edgar Sargent
Edgar Sargent, WSBA No. 28283
By: /s/ Floyd Short
Floyd Short, WSBA No. 21632
By: /s/ Lindsey Godfrey Eccles
Lindsey Godfrey Eccles, WSBA No. 33566
Susman Godfrey LLP
401 Union Street, Suite 3000
Seattle, Washington 98101-3087
Telephone: (206) 516-3880
esargent@susmangodfrey.com
fshort@susmangodfrey.com
leccles@susmangodfrey.com

BRESKIN JOHNSON & TOWNSEND PLLC

By: /s/ Roger M. Townsend
Roger M. Townsend, WSBA No. 25525
Breskin Johnson & Townsend PLLC
1000 2nd Avenue, suite 3670

STATUS REPORT
Case No. 2:13-cv-00777-BJR

Page- 2

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

11404687v1/015164

Seattle, Washington 98104
Telephone: (206) 652-8660
rtownsend@bjtlegal.com

*Attorneys for Plaintiff CoinLab, Inc.*

STATUS REPORT
Case No. 2:13-cv-00777-BJR

Page- 3

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

11404687v1/015164

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications. I have also emailed a copy of this filing to Ms. Angela J. Somers, Reid Collins & Tsai LLP, counsel for Tibanne, in the Chapter 15 proceeding in the Southern District of New York.

By: /s/Edgar G. Sargent

CERTIFICATE OF SERVICE
Case No. 2:13-cv-00777-BJR

Page- 1

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

11404687v1/015164