Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.<br><br>Defendants. | NO. 2:13-cv-00777-BJR<br><br>STATUS REPORT ON PROGRESS OF DEFENDANTS' BANKRUPTCY PROCEEDINGS |

Plaintiff CoinLab, Inc. provides this status report on the Tibanne and MtGox bankruptcy proceedings pursuant to the Court's Orders dated August 29, 2017 (Dkt. No. 142), February 5, 2015 (Dkt. No. 123), and April 10, 2023 (Dkt. No. 161).

As noted in previous CoinLab status reports, the Japanese Bankruptcy of defendant MtGox was converted to a Civil Rehabilitation Proceeding in June 2018. CoinLab filed a timely proof of claim in the rehabilitation proceeding, asserting MtGox's liability for the claims at issue in this litigation.

On or about September 2, 2019, the bankruptcy court in Japan issued an order assessing the value of CoinLab's claim against MtGox at JPY 384,857,605; plus interest through June 22, 2018 (the commencement date for the civil rehabilitation action) of

---

STATUS REPORT
Case No. 2:13-cv-00777-BJR

Page- 1

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 300
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**

JPY 678,489,465; plus interest since June 22, 2018 at 12% per year, which totaled JPY 55,292,967 as of the date of the assessment order. The total assessed claim amount including interest as of September 2, 2019 is approximately JPY 1,118,640,037 or approximately $10,230,045 (at December 13, 2019 conversion rate provided by Morningstar, Inc. and available through Google.com). On September 30, 2019, CoinLab filed a timely action to challenge this assessment in Tokyo District Court. Both parties have filed multiple briefs and supporting evidence and the Court has held several hearings but no order has been issued by the Court resolving any disputed issues. A hearing is currently scheduled in late September.

On or about November 2, 2019, the bankruptcy court in Japan issued an order denying CoinLab's claim against Tibanne. On or about November 29, 2019, CoinLab filed a timely appeal of this assessment in the Tokyo District Court. The litigation in the Tokyo District Court is ongoing and no substantive rulings have been issued by that Court. CoinLab filed its most recent brief the week of June 19, 2023. The Court has directed the parties to file additional submissions addressing potential settlement considerations and other issues by September 15, 2023 and has set a hearing in the case for September 25, 2023.

Dated: August 18, 2023          Respectfully submitted:

SUSMAN GODFREY LLP
By: */s/ Edgar Sargent*
Edgar Sargent, WSBA No. 28283
By: */s/ Floyd Short*
Floyd Short, WSBA No. 21632
By: */s/ Lindsey Godfrey Eccles*
Lindsey Godfrey Eccles, WSBA No. 33566
Susman Godfrey LLP

STATUS REPORT
Case No. 2:13-cv-00777-BJR

Page- 2

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Error! Unknown document property name.

401 Union Street, Suite 3000  
Seattle, Washington 98101-3087  
Telephone: (206) 516-3880  
esargent@susmangodfrey.com  
fshort@susmangodfrey.com  
leccles@susmangodfrey.com  

BRESKIN JOHNSON & TOWNSEND PLLC

By: */s/ Roger M. Townsend*  
Roger M. Townsend, WSBA No. 25525  
Breskin Johnson & Townsend PLLC  
1000 2nd Avenue, suite 3670  
Seattle, Washington 98104  
Telephone: (206) 652-8660  
rtownsend@bjtlegal.com  

*Attorneys for Plaintiff CoinLab, Inc.*

STATUS REPORT  
Case No. 2:13-cv-00777-BJR  

Page- 3  

SUSMAN GODFREY L.L.P.  
401 Union Street, Suite 3000  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883  

**Error! Unknown document property name.**

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications. I have also emailed a copy of this filing to Ms. Angela J. Somers, Reid Collins & Tsai LLP, counsel for Tibanne, in the Chapter 15 proceeding in the Southern District of New York.

By: */s/ Edgar G. Sargent*

CERTIFICATE OF SERVICE
Case No. 2:13-cv-00777-BJR

Page- 1

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Error! Unknown document property name.**