Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.,<br><br>    Defendants. | Case No. 2:13-cv-00777-BJR<br><br>**STATUS REPORT** |

    Plaintiff CoinLab Inc. submits this status report in response to the Court's Minute Order dated July 28, 2025. CoinLab apologizes to the Court for its failure to file regular status reports as required by the Court's prior orders. This error was caused by administrative changes at the office of CoinLab's lead counsel, but the problem has been addressed, and future filings will be made timely.

    Substantively, the status of this case remains unchanged since the last status report was filed. CoinLab's claims against MtGox and Tibanne are being actively litigated in bankruptcy court in Japan and in Tokyo District Court. MtGox and Tibanne filed separate bankruptcy proceedings in Japan. CoinLab, through Japanese counsel, has asserted claims in both Japanese bankruptcy proceedings. Filings have been made and hearings have been held in both cases within the past several months. Both cases have a current schedule with additional briefing and argument scheduled this year. The most recent hearing, in the Tibanne case, was held on or about July 30,

STATUS REPORT  - 1 -
Case No.:  2:13-CV-00777-BJR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880;Fax: (206) 516-3883

2025. CoinLab and its U.S. counsel are in regular communication with CoinLab's Japanese counsel about the progress of the cases in Japan. CoinLab's United States counsel has been participating in the Japanese litigation by submitting letter briefs addressing issues of U.S. law that are relevant to the claims. The most recent such submission from U.S. counsel was made in May 2025. Information about the bankruptcy proceedings is posted in Japanese and English on a website maintained by the Trustee at www.mtgox.com.

For the convenience of the Court, CoinLab provides the following timeline of this litigation:

- May 2013, CoinLab filed suit in Western District of Washington against the Japan-based bitcoin exchange MtGox and its parent company Tibanne. The suit alleges that the defendants breached a contract entered into by the parties in November 2012. The contract contains choice of law and choice of venue clauses selecting Washington State.

- In late February 2014, as the parties were nearing the completion of discovery, MtGox filed for bankruptcy in Japan.

- On March 10, 2014, the Bankruptcy Court for the Northern District of Texas, Dallas Division, granted MtGox's petition for, among other relief, an order directing the stay of all U.S. litigation pursuant to Section 1519(a) of the U.S. bankruptcy code.

- On March 11, 2014, counsel for CoinLab filed a notice of the Texas Bankruptcy Court's order with this Court. Dkt#34. Counsel for MtGox filed an equivalent notice on March 18, 2014, Dkt #37.

- On April 30, 2014, this Court issued an order staying the litigation against MtGox. Dkt # 62.

- On December 4, 2014, the Court issued an order setting CoinLab's claim against Tibanne for trial beginning July 20, 2015. Dkt #109.

- On February 4, 2015, CoinLab filed a notice with the Court that Tibanne had filed for bankruptcy in Japan and had filed a related proceeding under Chapter 15 in the United States. Dkt#121.

- On February 5, 2015, the Court issued an order staying the litigation against Tibanne based on the bankruptcy. Dkt #123.

- On June 22, 2018, the Japanese courts commenced a Civil Rehabilitation proceeding for MtGox, effectively converting the bankruptcy proceeding from a liquidation to a rehabilitation. The conversion was prompted by the substantial increase in the value of bitcoin since the original petition had been filed. CoinLab filed notice of the conversion to rehabilitation and of MtGox's related filing in its Chapter 15 proceeding in Texas with this Court. Dkt. #148.

- On or about September 2, 2019, the bankruptcy court in Japan issued an order assessing

| STATUS REPORT - 2 - | SUSMAN GODFREY L.L.P. |
| Case No.: 2:13-CV-00777-BJR | 401 Union Street, Suite 3000 |
| | Seattle, WA 98101 |
| | Tel:(206) 516-3880;Fax: (206) 516-3883 |

- the value of CoinLab's claim against MtGox at JPY 384,857,605, plus interest generating a total claim of approximately JPY 1,118,640,037 or approximately $10,230,045. On September 30, 2019, CoinLab filed a timely appeal of this order to Tokyo District Court. On November 2, 2019 the bankruptcy court denied CoinLab's claim against Tibanne. On or about November 29, 2019, CoinLab timely appealed this order to Tokyo District Court. *See* Dkt #153.

- Since 2019, CoinLab and the MtGox and Tibanne bankruptcy estates have been litigating the appeal of the bankruptcy court's assessments in Tokyo District Court. The parties have engaged in several rounds of briefing, expert submissions, and argument. The matter is not currently set for a trial.

- MtGox's rehabilitation proceeding and Tibanne's bankruptcy proceeding in Japan remain pending.

Dated: August 1, 2025

Respectfully submitted,

By: /s/ *Edgar Sargent*
Edgar Sargent, WSBA No. 28283
Floyd G. Short, WSBA No. 21632
Lindsey Godfrey Eccles, WSBA No. 33566
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883
esargent@susmangodfrey.com
fshort@susmangodfrey.com
leccles@susmangodfrey.com

*Attorneys for Plaintiff CoinLab, Inc.*

STATUS REPORT - 3 -
Case No.: 2:13-CV-00777-BJR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880;Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Edgar Sargent*
Edgar Sargent

STATUS REPORT - 4 -
Case No.: 2:13-CV-00777-BJR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880;Fax: (206) 516-3883