

CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

渋谷
あて所に尋ね
あたりません
RETURN UNKNOWN

Tibanne KK
c/o Mark Karpeles
Level 3 Cerulean Tower
26-1 Sakuragaoka-cho
Shibuya-ku
Tokyo 150-8512
Japan

SEATTLE WA 980
4 AUG 2025

FIRST-CLASS
INTERNATIONAL

FILED
LODGED
RECEIVED

OCT 14 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY_____ DEPUTY

US POSTAGE™ PITNEY BOWES
ZIP 98101
02 7H
0006038079
$ 001.70°
JUL 28 2025

150 SHIBUYA
21 VIII 25 JAPAN

**Other Orders/Judgments**

2:13-cv-00777-BJR Coinlab, Inc v. Mt. Gox KK et al

NO
VIDEO,JURYDEMAND,PROTO,STAYED

### U.S. District Court

### United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 7/28/2025 at 10:57 AM PDT and filed on 7/28/2025

**Case Name:**      Coinlab, Inc v. Mt. Gox KK et al
**Case Number:**    2:13-cv-00777-BJR
**Filer:**
**Document Number:** 164(No document attached)

**Docket Text:**
**MINUTE ORDER: On 2/5/2015, this case was stayed pursuant to bankruptcy proceedings in the Southern District of New York. (Dkt. No. [123].) As part of that order, the parties were required to file a status report on the progress of the bankruptcy proceedings every 120 days. The last status report was filed on 08/18/2023. The parties are ORDERED to file a status report in accordance with that stay order by no later than 8/20/2025. Failure to file the status report may result in sanctions up to and including dismissal of the matter. Authorized by Judge Barbara J. Rothstein. (CJS)(cc: Defendant Tibanne KK via USPS)**

**2:13-cv-00777-BJR Notice has been electronically mailed to:**

Roger M Townsend    roger@townsendlegal.com, ann@townsend-legal.com, ann@townsendlegal.com, docket@townsend-legal.com, docket@townsendlegal.com, roger@townsend-legal.com

Brian D Buckley    bbuckley@fenwick.com, ashafranskaya@fenwick.com, brian-buckley-5175@ecf.pacerpro.com

Edgar Guy Sargent    esargent@susmangodfrey.com, ecf-226e044d1c76@ecf.pacerpro.com, ecf-4811d219bf44@ecf.pacerpro.com, ghuante@susmangodfrey.com, giselle-huante-9080@ecf.pacerpro.com

Lindsey Godfrey Eccles    leccles@susmangodfrey.com, ecf-67f357b3ca7f@ecf.pacerpro.com, ghuante@susmangodfrey.com

Floyd G Short    fshort@susmangodfrey.com, ecf-6018048713b4@ecf.pacerpro.com, tdenio@susmangodfrey.com

**2:13-cv-00777-BJR Notice will not be electronically mailed to:**

Tibanne KK
c/o Mark Karpeles
Level 15-F, Cerulean Tower
26-1 Sakuragaoka-cho
Shibuya-ku
Tokyo, 150-8512
Japan