Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COINLAB, INC., a Delaware Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>MT. GOX KK, a Japanese corporation and TIBANNE KK, a Japanese corporation.,<br><br>     Defendants. | Case No. 2:13-cv-00777-BJR<br><br>**STATUS REPORT** |

     Plaintiff CoinLab Inc. submits this status report concerning the bankruptcy proceedings in Japan that are the basis for the current stay in place in this litigation.

     Litigation between CoinLab and the bankruptcy estates for MtGox and Tibanne is proceeding in Tokyo, Japan. In the *CoinLab v. Tibanne* case, briefing was filed by the Tibanne Bankruputcy Trustee in October and the Court held a hearing to address certain legal issues on November 13, 2025. In the MtGox case, CoinLab's next brief is due to be filed with the Court by mid-December, 2025 and there is a hearing set for December 23, 2025. No substantive rulings have been issued in either case since our previous status update.

Dated: December 1, 2025

Respectfully submitted,

By: /s/ *Edgar Sargent*
     Edgar Sargent, WSBA No. 28283
     Floyd G. Short, WSBA No. 21632
     Lindsey Godfrey Eccles, WSBA No. 33566

STATUS REPORT - 1 -
Case No.: 2:13-CV-00777-BJR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880; Fax: (206) 516-3883

401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883
esargent@susmangodfrey.com
fshort@susmangodfrey.com
leccles@susmangodfrey.com

*Attorneys for Plaintiff CoinLab, Inc.*

STATUS REPORT  - 2 -
Case No.:  2:13-CV-00777-BJR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880; Fax: (206) 516-3883

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Edgar Sargent*
Edgar Sargent

STATUS REPORT - 3 -
Case No.: 2:13-CV-00777-BJR

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880; Fax: (206) 516-3883