Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COINLAB, INC., a Delaware Corporation,

    Plaintiff,

    v.

MT. GOX KK, a Japanese corporation and
TIBANNE KK, a Japanese corporation.,

    Defendants.

Case No. 2:13-cv-00777-TL

**STATUS REPORT**

Plaintiff CoinLab Inc. submits this status report concerning the bankruptcy proceedings in Japan that are the basis for the current stay in place in this litigation.

Plaintiff CoinLab, Inc. and the Bankruptcy Trustee for defendant Tibanne KK reached a settlement in early 2026 resolving all claims between these two parties. The Trustee is in the process of obtaining approval of the settlement from the bankruptcy court in Tokyo. Once approval has been secured, the parties intend file a stipulation requesting that the Court dismiss all claims by CoinLab against Tibanne and all counterclaims by Tibanne against CoinLab.

CoinLab's litigation against defendant MtGox KK is ongoing in Japan, as described in previous status reports. The parties are actively engaged in litigation, primarily through briefing and argument to the Tokyo District Court.  U.S. Counsel for CoinLab has been monitoring that litigation and has submitted statements on applicable principles of United States law to assist the Court in resolving the case. The Tokyo District Court has indicated that it will hold a hearing in

STATUS REPORT  - 1 -
Case No.:  2:13-CV-00777-TL

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880; Fax: (206) 516-3883

the matter in September but has not yet set a date for that hearing.

Dated: August 6, 2026                         Respectfully submitted,

                                          By: /s/ *Edgar Sargent*
                                              Edgar Sargent, WSBA No. 28283
                                              Floyd G. Short, WSBA No. 21632
                                              Lindsey Godfrey Eccles, WSBA No. 33566
                                              401 Union Street, Suite 3000
                                              Seattle, WA 98101
                                              Phone: (206) 516-3880
                                              Fax: (206) 516-3883
                                              esargent@susmangodfrey.com
                                              fshort@susmangodfrey.com
                                              leccles@susmangodfrey.com

                                              *Attorneys for Plaintiff CoinLab, Inc.*

STATUS REPORT  - 2 -
Case No.:  2:13-CV-00777-TL

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880; Fax: (206) 516-3883

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Edgar Sargent*
Edgar Sargent

STATUS REPORT  - 3 -
Case No.:  2:13-CV-00777-TL

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel:(206) 516-3880; Fax: (206) 516-3883